AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00626 |
| Stephen Johnson | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 10/5/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                           Stephen Johnson                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) (Transportation of child pornography)

Date:   10/05/2021

Zia M. Faruqui
2021.10.05 17:46:55 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/5/21, and the person was arrested on *(date)* 10/7/21
at *(city and state)* Washington, D.C.

Date: 10/7/21

*Arresting officer's signature*

SA Laura Calvillo, FBI
*Printed name and title*