UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-626 |
| | : | |
| STEPHEN JOHNSON, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2252(a)(1) |
| Defendant. | : | (Transportation of Child Pornography) |
| | : | |
| | : | FORFEITURE ALLEGATION: |
| | : | 18 U.S.C. § 2253 and 21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about and between September 21, 2020 and October 5, 2020 within the District of Columbia and elsewhere, the defendant, **STEPHEN JOHNSON**, did knowingly transport and ship using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, any visual depiction and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Transportation of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(1))**

### FOREFIETURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One, the defendant, **STEPHEN JOHNSON**, shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property

constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or so to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above.

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves* by AEL
Attorney of the United States in
and for the District of Columbia.

2