AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-CR-00176 |
| Stephen Johnson | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen Johnson                                                                                      .

Date:   05/23/2022

*Tony W. Miles*
*Attorney's signature*

Tony Miles, 484450
*Printed name and bar number*

KaiserDillon PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 2005

*Address*

tmiles@kaiserdillon.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*