### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plantiff,<br>   v.<br><br>STEPHEN JOHNSON,<br><br>                      Defendant. | Case No. 1:22-CR-00176-CJN-1<br><br>Honorable Carl J. Nichols |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Undersigned defense counsel respectfully moves this Honorable Court for the entry of an Order granting Emily Voshell leave to withdraw her appearance as an attorney for Mr. Stephen Johnson. Pursuant to Local Criminal Rule 44.5, Emily Voshell previously entered an appearance as an attorney for Mr. Johnson on October 14, 2021. Ms. Voshell will no longer be employed at KaiserDillon PLLC as of June 11, 2022, and will no longer represent Mr. Johnson. I therefore move to withdraw her appearance as counsel in this matter. Undersigned counsel, along with co-counsel, will continue to represent Mr. Johnson.

In light of the above, undersigned counsel respectfully moves the Court for the entry of an Order, a proposed copy of which is filed contemporaneously with this Motion, permitting Ms. Voshell to withdraw her appearance of counsel for Mr. Johnson.

Respectfully submitted,

_____/s/_____
Jonathan Jeffress (#479074)
KaiserDillon PLLC
1099 Fourteenth St., N.W.; 8th Floor—West
Washington, D.C.  20005
Telephone: (202) 683-6150
Facsimile: (202) 280-1034
Email: jjeffress@kaiserdillon.com

*Counsel for Defendant Stephen Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2022, the foregoing was served electronically on the counsel of record through the US District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

Dated: June 10, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jonathan Jeffress*
　　　　　　　　　　　　　　　　　　Jonathan Jeffress