

U.S. Department of Justice
Matthew Graves
Acting United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

June 15, 2022

**VIA USAFX**
**Jonathan Jeffress**
KAISER DILLON, PLLC
1099 14th Street Suite 800 West
Washington, DC 20005
(202) 640-4430
Fax: (202) 280-1034
Email: jjeffress@kaiserdillon.com

        Re:    Discovery Production #1 Letter
                  United States v. Stephen Johnson; 22-CR-176 (CJN)

Dear Counsel:

    I am writing to memorialize the production of the following materials in discovery:

**On USAFX:**

- Copy of Johnson Activity.xlsx
- DiscoveryExport_14169264_20220609-1740_LRCALVILLO.zip
- serial-200745132.zip

    Please note that the Government is in possession of images and videos depicting the sexual abuse of children.  Pursuant to 18 U.S.C. Section 3509, these must remain in the government's custody and control.  Should you wish to review these materials, please let me know and we will set up a mutually convenient time for you to do so.

    I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

    Should you have any questions about these materials, please do not hesitate to contact me.

2

Sincerely,

*/s/ /Janani Iyengar*

Janani Iyengar
Assistant United States Attorney
Phone: (202) 870-4487
Email: Janani.Iyengar@usdoj.gov