UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-cr-176** |
| | : | |
| **STEPHEN JOHNSON,** | : | |
| Defendant. | : | |

## CONSENT MOTION TO CONTINUE STATUS HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Status Hearing in the above-captioned matter from November 7, 2022, until November 17, 2022. The Government and the defendant agree that there is good cause to exclude time under the Speedy Trial Act from November 7, 2022, to November 17, 2022. Defendant concurs in this request and agrees that it is in his best interest. In support thereof, the government states as follows:

1. Government counsel will be out of the jurisdiction on November 7, 2022.

2. Government counsel has conferred with defense counsel and defense counsel has requested additional information related to the extraction of the defendant's digital devices. The case agent is working to produce those materials to defense counsel

3. The parties, therefore, would respectfully request that the status hearing and the date by which a trial must commence be continued until November 17, 2022. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of

1

justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from November 7, 2022, through November 17, 2022, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Status Hearing in this matter until November 17, 2022.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

    By:   /s/   Janani Iyengar
        Janani Iyengar
        Assistant United States Attorney
        NY State Bar No. 5225990
        U.S. Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7760
        Janani.iyengar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CRIMINAL NO. 22-cr-176** |
| | : |
| **STEPHEN JOHNSON,** | : |
| **Defendant.** | : |

## **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to continue the currently scheduled status hearing for November 7, 2022 to November 17, 2022; it is

FURTHER ORDERED that the period from November 7, 2022 to November 17, 2022 be excluded from computing the time within which a trial must commence under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that the parties are in discussions to reach a pre-trial resolution and to discuss discovery matters.

It Is So Ordered.

_____
HONORABLE CARL J. NICHOLS
United States District Judge

Entered: _____