UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEPHEN JOHNSON,**<br><br>Defendant. | Case No. 22-CR-176 (CJN) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Paul V. Courtney is entering his appearance in the above-captioned case in substitution for Assistant United States Attorney Janani Iyengar.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Paul V. Courtney*
Paul V. Courtney
Assistant United States Attorney
D.C. Bar No. 1034252 / N.Y. Bar No. 5392337
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-1719
paul.courtney@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 27th day of January, 2023, a copy of the foregoing Notice of Substitution of Counsel was served upon all parties listed on the Electronic Case Filing (ECF) system.

>*/s/ Paul V. Courtney*
> Paul V. Courtney
> Assistant United States Attorney