UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-176 (CJN) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2252(a)(1), (b)(1) |
| STEPHEN JOHNSON, | : | (Transportation of Child Pornography) |
| | : | |
| Defendant. | : | 18 U.S.C. § 2252(a)(4)(B), (b)(2) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 2253 |
| | : | 21 U.S.C. § 853(p) |

**INDICTMENT**

The Grand Jury Charges that:

**COUNTS ONE THROUGH FIFTEEN**

On or about the dates set forth below, within the District of Columbia and elsewhere, the defendant, **STEPHEN JOHNSON**, attempted to and did knowingly cause to be transported and shipped, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, one or more visual depictions, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, to wit: the images depicted in the following files, which were uploaded to the Google Drive account associated with Google username stephenjohnson1197@gmail.com:

| COUNT | FILENAME | DATE |
|---|---|---|
| ONE | "2017-06-21 16.41.44(1).mp4" | September 21, 2020 |
| TWO | "black Shayla BACK IT UP 2.mp4" | September 21, 2020 |
| THREE | "lil black girl fucked by BBC.mp4" | September 21, 2020 |
| FOUR | "Mommy loves daughter's pussy.jpg" | October 1, 2020 |
| FIVE | "Video Jul 30, 8 15 06 PM.mp4" | October 1, 2020 |
| SIX | "Video Oct 03, 4 53 27 PM.mov" | October 1, 2020 |
| SEVEN | "Video Jan 27, 8 50 47 PM.mp4" | October 1, 2020 |
| EIGHT | "Video 07-05-2016, 04 23 04.mp4" | October 1, 2020 |
| NINE | "VID-20180814-WA0100.mp4" | October 1, 2020 |
| TEN | "VID-20180525-WA0011.mp4" | October 1, 2020 |
| ELEVEN | "VID-20171026-WA0067.mp4" | October 1, 2020 |
| TWELVE | "VID-20171026-WA0066.mp4" | October 1, 2020 |
| THIRTEEN | "VID-20150405-WA0470.mp4" | October 1, 2020 |
| FOURTEEN | "VID-20150405-WA0379.mp4" | October 1, 2020 |
| FIFTEEN | "VID-20150419-WA0036.mp4" | October 1, 2020 |

(**Transportation of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(1), (b)(1))

## COUNT SIXTEEN

On or about and between September 21, 2020, and October 1, 2020, within the District of Columbia and elsewhere, the defendant, **STEPHEN JOHNSON**, did knowingly possess matters which contained visual depictions that had been mailed, and had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

2

commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, to wit: the images depicted in files that were stored on the Google Drive account associated with Google username stephenjohnson1197@gmail.com.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2))

## FORFEITURE ALLEGATION

1. The United States hereby gives notice to the defendant, **STEPHEN JOHNSON**, that upon his conviction of any of the offenses charged in Counts One through Sixteen, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property, including but not limited to one Lenovo laptop bearing serial number PF1BH2SI.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

*/s/ Matthew M. Graves/MJJ*

Attorney of the United States
and for the District of Columbia