UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>*Defendant*. | Criminal Action No. 1:22-cr-00176 (CJN) |

**PRETRIAL SCHEDULING ORDER**

Trial is set to commence in this matter on **April 8, 2024**. Jury selection will begin that day at 9:00 a.m. The following deadlines shall govern pretrial proceedings:

1. The United States should endeavor to produce any outstanding discovery materials on or before February 15, 2024.

2. The Parties shall file any pretrial motions not already filed (including motions *in limine*), if any, on or before **March 1, 2024**; oppositions shall be filed on or before **March 15, 2024**; and replies shall be filed on or before **March 22, 2024**.

3. The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by **February 16, 2024**; any reciprocal expert disclosure by Defendant shall be made by **March 1, 2024**.

4. If a Party wishes to file a motion *in limine* with respect to any expert, it may do so by filing a motion on or before **March 11, 2024**; any opposition shall be filed on or before **March 25, 2024**; and any reply shall be filed on or before **April 1, 2024**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **March 15, 2024**. Any *Brady* material not already disclosed also must be disclosed by this date.

6. Any motions with respect to disclosures made pursuant to paragraph 6 shall be filed on or before **March 20, 2024**; any opposition shall be filed on or before **March 27, 2024**; and any reply shall be filed on or before **April 1, 2024**.

7. On or before **March 22, 2024**, the Parties shall file a Joint Pretrial Statement that contains the following:

   a. <u>A neutral statement of the case.</u>  The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

   b. <u>Proposed *voir dire* questions.</u>  The Parties shall indicate:

      i. the *voir dire* questions on which they agree; and

      ii. the *voir dire* questions on which they disagree with specific objections and relevant legal authority noted below each disputed question

   c. <u>Proposed jury instructions</u>.  The Parties shall submit a single list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

      i. the instructions on which the Parties agree; and

      ii. the instructions on which the Parties disagree, with specific objections noted below each disputed instruction; and the proposed instruction's source (*e.g.*, the Red Book, Mathew Bender's Federal Jury Instructions) or, for modified or new instructions, supporting legal authority.

      Proposed instructions may be updated as needed to reflect the evidence presented at trial.  Absent a showing of good cause, no other modifications will be permitted.

d. <u>List of witnesses.</u>  The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

   i. witnesses who will be called to testify at trial;
   ii. witnesses who may be called to testify at trial; and
   iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

   The Court will read the list of witnesses to the jury during *voir dire*.  In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

e. <u>Exhibit lists.</u>  The Parties shall include an exhibit list (including demonstratives, summaries, or other specially prepared exhibits), which includes:

   i. the exhibit number for each document;
   ii. the date of the document;
   iii. a brief description of the document;
   iv. a concise statement of the asserted basis for admissibility; and
   v. whether there is an objection to admission of the document and, if so, a concise statement of the basis for the objections.

f. <u>Stipulations.</u>  The Parties shall submit a draft of all stipulations.

      g. <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

      h. The Parties must submit to chambers a printed copy of the Joint Pretrial Statement tabbed and in a three-ring binder. The Parties must submit an electronic version of all proposed *voir dire* questions, jury instructions, and verdict forms in Word format by emailing them to Chambers at Nichols_Chambers@dcd.uscourts.gov. The jury instructions section must be formatted so that each individual jury instruction begins on a new page.

8. The Parties shall deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all their respective exhibits, marked by exhibit number, by **March 22, 2024**, except that any exhibits not readily available in electronic format (e.g., the exhibit is a physical object) need not be submitted.

9. The Parties shall meet and confer about exhibits and witnesses by **March 22, 2024**, to discuss anticipated objections and stipulations for admission.

10. The Court will schedule hearings on any motions filed by the Parties as necessary.

11. Counsel shall appear for a Pretrial Conference on **April 2**, **2024** at 2:00 p.m., in Courtroom 17.

DATE: January 25, 2024

                                                      CARL J. NICHOLS
                                                      United States District Judge