# EXHIBIT A

# CyberTipline Report 80891261

## Priority Level: E
## (Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 10-05-2020 05:09:59 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

**The following is a brief overview of information contained in this CyberTipline report:**

**Incident Type:** Apparent Child Pornography
Files Not Reviewed by NCMEC, Hash Match

NCMEC Incident Type is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

One or more files uploaded in this CyberTipline report have resulted in a "Hash Match" to a file from a previous CyberTipline report. NCMEC staff have not viewed the uploaded files submitted with this CyberTipline report that are designated as "Hash Match." The "Hash Match" designation indicates that the uploaded files match the hash values of uploaded files from a CyberTipline report that were previously viewed and categorized by NCMEC at the time this report was generated.

Please see Section B for additional information related to the Hash Match by NCMEC.

**Total Uploaded Files:** 12

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



Contents

## Section A: Reported Information 1

Reporting Electronic Service Provider (ESP) 1
Company Information 1
Incident Information 1
Suspect 1
Additional Information Submitted by the Reporting ESP 2
Uploaded File Information 2–6

## Section B: Automated Information Added by NCMEC Systems 8

Explanation of Automated Information (in alphabetical order) 8
Further Information on Uploaded Files 8
Uploaded File Information 8
Geo-Lookup (Uploaded Files) 9

## Section C: Additional Information Provided by NCMEC 10

NCMEC Note #1 10

## Section D: Law Enforcement Contact Information 11

Virginia State Police 11



CyberTipline Report 80891261 | 1

# Section A: Reported Information

**The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.**

## Reporting Electronic Service Provider (ESP)

**Submitter:**

Google
Google Reviewer

Business Address:
1600 Ampitheater Parkway
Mountainview, CA 94043 United States

**Point of Contact for Law Enforcement:**

Email: USlawenforcement@google.com

http://www.google.com/transparencyreport/userdatarequests/legalprocess/

## Company Information

Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256.

Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

Any account reported in this Cybertip may or may not be disabled in the course of making the report.

For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography.

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)

**Incident Time:** 10-05-2020 03:49:24 UTC

**Description of Incident Time:** The incident date refers to the approximate date and time Google became aware of the reported material.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



## Suspect

**Name:** Stephen Johnson
**Mobile Phone:** [redacted] (Verified 06-06-2020 14:44:05 UTC)
**Email Address:** StephenJohnson1197@gmail.com (Verified)
**Email Address:** stephen@srjdigital.com

## Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in Google Drive infrastructure

## Uploaded File Information

**Number of uploaded files:** 12

## Uploaded File Information

**Filename:** Google-CT-RPT-7d2c7b389f4315a43dd8f935adae48da-VID-20180814-WA0101.mp4
**MD5:** 5515b0be390152f6056c5611c56a7e18
**Original Filename Associated with File:** VID-20180814-WA0101.mp4
**Did Reporting ESP view entire contents of uploaded file?** Yes
**Did Reporting ESP view the EXIF of uploaded file?** (Information Not Provided by Company)
**Were entire contents of uploaded file publicly available?** No
**Image Categorization by ESP:** B2
**(See Section B for further explanation)**

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:28:05 UTC |

## Uploaded File Information

**Filename:** Google-CT-RPT-dd343ad95da63b148b3924c0b363ae38-VID-20150729-WA0056 (1).mp4
**MD5:** ed0ec4a7fb5d141007a0a2384715ac43
**Original Filename Associated with File:** VID-20150729-WA0056 (1).mp4
**Did Reporting ESP view entire contents of uploaded file?** Yes
**Did Reporting ESP view the EXIF of uploaded file?** (Information Not Provided by Company)
**Were entire contents of uploaded file publicly available?** No
**Image Categorization by ESP:** B1
**(See Section B for further explanation)**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:47:32 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-119798598e5d8739bd1483e303da6d92-VID-20150405-WA0407.mp4 |
| **MD5:** | 6430b6720973c9ade585763fc98e2faf |
| **Original Filename Associated with File:** | VID-20150405-WA0407.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** **(See Section B for further explanation)** | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:48:25 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-3df1397a4e33a430c5598096acd9e462-VID-20150405-WA0350.mp4 |
| **MD5:** | 40ec24d15fdfb8c25e20819e758f10cc |
| **Original Filename Associated with File:** | VID-20150405-WA0350.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** **(See Section B for further explanation)** | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:48:45 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-cd176fb24efa91554e91ca25f5e76c03-Video Jul 19, 10 04 16 PM.mp4 |
| **MD5:** | f123c74807d5c084afaba1da798ac1ee |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*



| | |
|---|---|
| **Original Filename Associated with File:** | Video Jul 19, 10 04 16 PM.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:19:14 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-24fadd74fcde87edc76755a196ca2ccd-2019-05-04 21.34.03.mp4 |
| **MD5:** | 1b3ed4c1515fc502a52a98f0f84f3a99 |
| **Original Filename Associated with File:** | 2019-05-04 21.34.03.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b | Upload | 09-22-2020 00:01:54 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-ef4b7da164809a19ee9f3bd34460f365-Video Jan 18, 8 40 48 PM.mp4 |
| **MD5:** | afa2f6d4e6b9ea00b92e1332a1353c31 |
| **Original Filename Associated with File:** | Video Jan 18, 8 40 48 PM.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:19:58 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*



## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-a9f725a9f30a8f588fc53971cb890f5b-[pthc] Goldberg - The Visitors (HiRes, 20m36s) ~ 2014 opva 9y 10y 11y 12y black preteen pedo lolitabay pussy.avi |
| **MD5:** | 545c2016dbb5a2a0735aa7a9d772694d |
| **Original Filename Associated with File:** | [pthc] Goldberg - The Visitors (HiRes, 20m36s) ~ 2014 opva 9y 10y 11y 12y black preteen pedo lolitabay pussy.avi |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b | Upload | 09-22-2020 00:12:16 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-196f88604e808baa007b5d16435b3b9b-VID-20180814-WA0000.mp4 |
| **MD5:** | 5ad307239847e3695907ea882239d749 |
| **Original Filename Associated with File:** | VID-20180814-WA0000.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:31:39 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-c05aadfb853642c400987533c9df5622-2017-07-04 12.30.16(1).mp4 |
| **MD5:** | 8d8b672ec11f1629b21d16a783d1215e |
| **Original Filename Associated with File:** | 2017-07-04 12.30.16(1).mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** | B1 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*



**(See Section B for further explanation)**

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b | Upload | 09-21-2020 23:38:52 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-f1f08162816c5c6aff114148f87699a2-(Children-sf-model) Pthc - 11Yo Black Girl Showing Off Her Pussy Aka - [!!! New !!!][USA][00.07.14] (2).avi |
| **MD5:** | 7f4d3864a1474eb7b7aa95079ad1a206 |
| **Original Filename Associated with File:** | (Children-sf-model) Pthc - 11Yo Black Girl Showing Off Her Pussy Aka - [!!! New !!!][USA][00.07.14] (2).avi |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** **(See Section B for further explanation)** | B2 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b | Upload | 09-22-2020 00:07:23 UTC |

## Uploaded File Information

| | |
|---|---|
| **Filename:** | Google-CT-RPT-c1b28aa08c39b7a3f49ca78291bece20-VID-20180813-WA0573.mp4 |
| **MD5:** | 8fefadeb68bcceac2e767e0197277f67 |
| **Original Filename Associated with File:** | VID-20180813-WA0573.mp4 |
| **Did Reporting ESP view entire contents of uploaded file?** | Yes |
| **Did Reporting ESP view the EXIF of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | No |
| **Image Categorization by ESP:** **(See Section B for further explanation)** | B2 |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 70.32.0.60 | Upload | 10-01-2020 20:33:58 UTC |

**This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person,**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



CyberTipline Report 80891261 | 7

**NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*

# Section B: Automated Information Added by NCMEC Systems

**Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.**

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Further Information on Uploaded Files

**Number of uploaded files in each categorization category:**

**B1:** 9
**B2:** 3

**The following categorization system was created by various ESPs in January 2014:**

| | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

## Uploaded File Information

**File Tag(s):** NCMEC staff have not opened or viewed the uploaded files in this CyberTipline report that are listed below and designated as "Hash Match." The "Hash Match" designation indicates that the uploaded file matches the hash value of an uploaded file from a CyberTipline report that was previously viewed and categorized by NCMEC at the time this report was generated.

Was listed file(s) viewed by NCMEC staff? No

Does listed file(s) match file previously viewed and categorized from a CyberTipline report? Yes

**Files and Categorization**

| Filename | MD5 | Categorization |
|---|---|---|
| Google-CT-RPT-7d2c7b389f4315a43dd8f935adae48da-VID-20180814-WA0101.mp4 | 5515b0be390152f6056c5611c56a7e18 | Apparent Child Pornography |
| Google-CT-RPT-dd343ad95da63b148b3924c0b363ae38-VID-20150729-WA0056 (1).mp4 | ed0ec4a7fb5d141007a0a2384715ac43 | Apparent Child Pornography |
| Google-CT-RPT-119798598e5d8739bd1483e303da6d92-VID-20150405-WA0407.mp4 | 6430b6720973c9ade585763fc98e2faf | CP (Unconfirmed) |
| Google-CT-RPT-3df1397a4e33a430c5598096acd9e462-VID-20150405-WA0350.mp4 | 40ec24d15fdfb8c25e20819e758f10cc | Apparent Child Pornography |
| Google-CT-RPT-cd176fb24efa91554e91ca25f5e76c03-Video Jul 19, 10 04 16 PM.mp4 | f123c74807d5c084afaba1da798ac1ee | Apparent Child Pornography |
| Google-CT-RPT-24fadd74fcde87edc76755a196ca2ccd-2019-05-04 21.34.03.mp4 | 1b3ed4c1515fc502a52a98f0f84f3a99 | Apparent Child Pornography |
| Google-CT-RPT-ef4b7da164809a19ee9f3bd34460f365-Video Jan 18, 8 40 48 PM.mp4 | afa2f6d4e6b9ea00b92e1332a1353c31 | Apparent Child Pornography |
| Google-CT-RPT-a9f725a9f30a8f588fc53971cb890f5b-[pthc] Goldberg - The Visitors (HiRes, 20m36s) ~ 2014 opva 9y 10y 11y 12y black preteen pedo lolitabay pussy.avi | 545c2016dbb5a2a0735aa7a9d772694d | Apparent Child Pornography |
| Google-CT-RPT-196f88604e808baa007b5d16435b3b9b-VID-20180814-WA0000.mp4 | 5ad307239847e3695907ea882239d749 | CP (Unconfirmed) |
| Google-CT-RPT-c05aadfb853642c400987533c9df5622-2017-07-04 12.30.16(1).mp4 | 8d8b672ec11f1629b21d16a783d1215e | Apparent Child Pornography |
| Google-CT-RPT-f1f08162816c5c6aff114148f87699a2-(Children-sf-model) Pthc - 11Yo Black Girl Showing Off Her Pussy Aka - [!!! New !!!][USA][00.07.14] (2).avi | 7f4d3864a1474eb7b7aa95079ad1a206 | CP (Unconfirmed) |
| Google-CT-RPT-c1b28aa08c39b7a3f49ca78291bece20-VID-20180813-WA0573.mp4 | 8fefadeb68bcceac2e767e0197277f67 | Apparent Child Pornography |

## Geo-Lookup (Uploaded Files)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 70.32.0.60 | US | VA | Ashburn | Washington, DC (Hagerstown) | 20149 | | 39.0481/ -77.4728 | GigeNET/ GigeNET |
| 2601:14d:8201:83a0:d9c6:fb73:b0b3:292b | US | DC | Washington | Washington, DC (Hagerstown) | 20002 | | 38.9034/ -76.9882 | Comcast Cable/ Comcast Cable |

**This concludes Section B**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

# Section C: Additional Information Provided by NCMEC

**Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.**

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography<br>Files Not Reviewed by NCMEC, Hash Match |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 10-27-2020 20:48:32 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |
| **Associated CyberTipline Reports:** | 80814354, 80902839, 80817590, 80896917, 80900117, 80842649, 80821083, 80888542, 80893982, 80805184, 80807649, 80826307, 80931745, 80934538, 80884681, 80886510, 80831054, 80835054 |

NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

*ECD-SNP 10-27-2020 20:48:32 UTC*

There are multiple reports on this suspect. Please see CT #80934538 for all analysis.

**This concludes Section C**

**If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.**

**For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.**



CyberTipline Report 80891261 | 11

# Section D: Law Enforcement Contact Information

**The report was made available to the Law Enforcement Agency listed below.**

## Virginia State Police

**Investigator:**

| | |
|---|---|
| **Assigned Officer:** | Access VPN |
| **Title:** | Captain Alan Worsham |
| **City/State:** | Fairfax, VA |
| **Country:** | United States |
| **Phone Number:** | 804-674-2696 |
| **Email Address:** | michael.bullock@vsp.virginia.gov,novadcicac@vsp.virginia.gov,gerilynn.dubose@vsp.virginia.gov,mike.brown@vsp.virginia.gov |

**Time/Date was made available: 10-27-2020 20:48:32 UTC**

**This concludes Section D**

**This concludes CyberTipline Report 80891261**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*