UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**STEPHEN JOHNSON,**<br><br>Defendant. | Case No. 22-CR-176 (CJN) |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

The United States hereby provides notice of its intent to introduce business documents pursuant to Federal Rules of Evidence 902(11).

### INTRODUCTION

Defendant Stephen Johnson has been indicted by a grand jury for the possession and transportation of child pornography. Trial is currently set to begin on April 8, 2024.

The government anticipates moving the admission of business records, which have been provided to the defense in discovery. This pleading provides notice of the government's intent to use declarations under Federal Rule of Evidence 902(11).

**I. Self-Authenticating Documents Pursuant to Rule 902(11) are Admissible.**

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity. *See* Fed. R. Evid. 902(11). Rule 902(11) also directs the party intending to offer a record in evidence under the rule to provide notice and to make the documents and declarations available to the opposing party.

Federal Rule of Evidence 104(a) provides that preliminary questions concerning the admissibility of evidence shall be determined by the Court, and that in making such determinations courts are "not bound by the rules of evidence" (except those with respect to

1

privileges). The government seeks to admit the documents themselves and not the declarations.

Pursuant to Rule 902(11), the government hereby gives notice that its trial exhibits may include business records from the following entities:

- Comcast Communications – IP Address subscriber records
- Gigenet (Digital Management and Partners) – IP Address subscriber records
- LinkedIn – Subscriber records
- T-Mobile (formerly Sprint) – Phone subscriber records

Copies of those records were previously provided in discovery and will be uploaded to USAFx to accompany this filing.

## CONCLUSION

The government hereby provides notice of its intent to introduce business records through Rule 902(11) declarations.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  */s/ Ryan Lipes*
Ryan Lipes
Special Assistant United States Attorney
N.Y. Bar No. 5404843
Paul V. Courtney
D.C. Bar No. 1034252 / N.Y. Bar No. 5392337
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-0844 (Lipes)
(202) 252-1719 (Courtney)
Ryan.Lipes2@usdoj.gov
Paul.Courtney@usdoj.gov