| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✔ | VS. | | Civil/Criminal No. | CR 22-176 (CJN) |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | Stephen Johnson | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Cybertipline Report | 4/1/24 | 4/1/24 | Detective Thomas Sullivan | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |