**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Case No. 22-cr-0176 (CJN)** |
| **STEPHEN JOHNSON** | |
| **Defendant.** | |

### DEFENDANT STEPHEN JOHNSON'S NOTICE OF FILING OF EXPERT REPORT OF MICHELE BUSH

On April 4, 2024, the government filed its Motion in Limine to Preclude Expert Testimony from Michelle Bush and Dr. Sara Boyd [ECF 48]. The government's Motion—to which the defense will respond in full over the weekend—offers a series of meritless arguments designed to eviscerate Mr. Johnson's Sixth Amendment right to present a defense to the Indictment's charges. In doing so, the government mischaracterizes the law governing expert disclosures, including with a monolithic preoccupation with "opinions" that would foreclose the ability of any expert to explain technical concepts to a jury—*the least* objectionable and fraught form of expert testimony. *See, e.g.*, Fed. Evid. 702 ("A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of opinion *or otherwise*…" (emphasis added)). The government also sets a standard for Mr. Johnson's expert disclosures that its own expert disclosure utterly fails to satisfy. Indeed, to the extent the Court chooses to preclude any of Ms. Bush or Dr. Boyd's opinions, it should entirely exclude the testimony of Dero Tucker, as the government's disclosure for Mr. Tucker would necessarily fail to meet the Court's standard. Mr. Johnson respectfully moves the Court to do so.

Notwithstanding the above, and to avoid the unnecessary expenditure of resources involved in litigating many of the government's erroneous objections, the defense submits the attached 64-page report of Michele Bush, along with the exhibits to her report.[1] When combined with the defense's expert proffers

---

[1] The reason Ms. Bush's forensic review is ongoing is the government's failure to have all evidence available

already tendered Mr. Johnson has now gone well beyond the requirements of Federal Rule of Criminal

Procedure 16(b)(1)(C)(iii) and leagues beyond what the government has provided to the defense for its own

expert.

Dated: April 5, 2024                              Respectfully submitted,

                                                  */s/ Jonathan Jeffress*
                                                  Jonathan Jeffress (D.D.C. Bar No. 479074)
                                                  Tony Miles (D.D.C. Bar No. 484450)
                                                  Washington, D.C. 20005
                                                  Phone: (202) 640-2850
                                                  Fax: (202) 280-1034
                                                  jjeffress@kaiserdillon.com
                                                  tmiles@kaiserdillon.com

                                                  *Counsel for Defendant Stephen Johnson*

---

during her previous visits, including the most recent one.  In any event, that is also a principal reason the
attached report does not address every area of Ms. Bush's testimony.  The defense will continue to update the
government in all areas of Ms. Bush's anticipated testimony as it receives additional information and requests
from the government.