# MICHELE **BUSH**



1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

| | |
|---|---|
| EDUCATION | Pima Community College |
| |     Associates of Arts Liberal Arts |
| |     Associates of Science |
| |     Arizona General Education Curriculum Liberal Arts and Science |
| | |
| | University of Arizona |
| |     Bachelor of Science in Psychology, emphasis on Criminal Justice |

CERTIFICATIONS AND LICENSES
2011 | Licensed Private Investigator, Arizona Department of Public Safety, License No. 1616944
2022 | Licensed Private Investigator, Texas Department of Public Safety, License No. 143044901
2013 | AccessData Certified Examiner (ACE), Access Data (*Lapsed 2019*)
2013 | EnCase Certified Examiner (EnCE), OpenText, formerly known as Guidance Software
2016 | Certified Computer Examiner (CCE), International Society of Forensic Computer Examiners
2018 | Certified Computer Forensics Examiner (CCFE), Information Assurance Certification Review Board
2018 | Certified Mobile Forensics Examiner (CMFE), Information Assurance Certification Review Board
2020 | Certified Cellebrite Operator (CCO), Cellebrite
2020 | Certified Cellebrite Physical Analyst (CCPA), Cellebrite
2022 | Cellebrite Mobile Forensics Fundamentals (CMFF), Cellebrite
2023 | Certified Expert in Cyber Investigations (CECI), McAfee Institute

SPECIALIZED TRAINING
Tips and Tricks from Guidance Technical Support
Forensic Tracking of USB Devices
Custom Analysis with EnCase 7
What's New In Windows Forensics
Preparing for Cyber Battle
Timeline Analysis with EnCase
iOS Forensics – A Comprehensive Approach
Mac OS X Lion Forensics Update
Revealing Windows 7 Artifacts
EnCE Last Minute Review v6
A Forensic Look at Windows 8 Immersive Applications: What's Behind the Tiles
Smart Device App Analysis
Forensic Implication of Windows 8 PC Refresh
Windows 8 File History Artifacts
Ares and LimeWire Pro Peer to Peer File Sharing Software Analysis
Mac OS X Delving a Little Deeper
Vehicle Systems Forensics
How to Catch an Insider Data Thief
Forensic Testimony in Court
Ubiquity Forensics – Your iCloud and You
Searching in EnCase 8 with EQL
Digital Evidence from Social Networking Sites & Smartphone Apps
Digital Forensic Child Exploitation Investigations
Smartphones: The Nexus of Evidentiary Data from Social Media to IoT
How Artificial Intelligence is Becoming a Crucial Tool for Next Generation Law Enforcement
Axcelerate in Action: Email Investigation Methods with Hillary Clinton's FOIA Release
Jurisdiction in Cyberspace: A Question of Conflict of Laws?
Damaged Device Forensics
Memory Forensics - Hunting Malware
Autopsy Basics and Hands On
ZetX Forensic Analysis of Cellular Networks
Mobile Forensics Fundamentals
Digital Forensics Concepts

*Curriculum Vitae*

# MICHELE BUSH

1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

**LOEHRS forensics**

X-Ways Forensics I
Cyber Intelligence
Intro to Cyber Investigations
Social Media Investigations
Advanced Social Media Investigations
Auction Fraud Investigations
Advanced Auction Fraud Investigation Methodologies
Exploring the Deep Web
Advanced Searching
Identification of Deception in Social Media
Open Source Intelligence
Understanding the Perpetrator
Chatting Applications
On-Line Dating Applications
How to Utilize Informants
Program Design and Development
Legal Fundamentals of Cyber Investigations
Introduction to ORC Investigations
Organized Retail Crime Overview
Organized Retail Crime Fraud Schemes
Booster Operations
Fencing Operations
Organized Retail Crime Investigations
Organized Retail Crime Investigations Part II
Surveillance Methods
Criminal Prosecution of ORC
Introduction to Cyber Counterintelligence
Applying Intelligence Methodologies
Cyber Terrorism & Hackers
Electronic Discovery
Advanced Electronic Discovery
Computer Forensics
Advanced Computer Forensics
Hi-Tech Investigations
Advanced Hi Tech Investigations
Mobile Forensics
Advanced Mobile Forensics - Autopsy Demo
Private and Domestic Investigations

**PROFESSIONAL EXPERIENCE**

**Digital Forensics Examiner**
Loehrs Forensics, LLC. (Formerly Loehrs & Associates, Inc.)

Computer forensics services, particularly pertaining to legal evidence, including forensic acquisitions of digital artifacts including computers, cell phones, removable storage media, digital cameras, gaming consoles, etc.; data collection and recovery from allocated and unallocated space; data analysis and conclusions regarding who, what, when, where and how data came to be on an artifact; and detailed reporting of conclusions and analysis.

**PROFESSIONAL MEMBERSHIPS**

*International Society of Forensic Computer Examiners (ISFCE)*
The ISFCE is an internationally recognized organization that conducts research and development into new and emerging technologies and methods in the science of computer forensics. ISFCE has certified over 1700 individuals across 28 countries. Accessible to candidates worldwide, the CCE has become widely accepted as a prerequisite certification for forensic examiners, recognized by industry professionals and academic institutions alike. The CCE certification is widely considered to be the most prestigious non-vendor specific forensic certification available.

*Curriculum Vitae*

# MICHELE **BUSH**

1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com



*National Association of Public Defense (NAPD)*
Organizational Membership
The National Association for Public Defense (NAPD) engages all public defense professionals into a clear and focused voice to address the systemic failure to provide the constitutional right to counsel, and to collaborate with diverse partners for solutions that bring meaningful access to justice for all. NAPD currently unites nearly 7,000 practitioner-members across the country into a cohesive, unwavering, irrepressible community capable of bringing justice to a broken system.

*Scientific Working Group on Digital Evidence (SWGDE)*
Forensic Committee Member
Formed in 1998, the Scientific Working Group on Digital Evidence is a non-profit organization comprised of a maximum of 100 elected members from law enforcement, academic, legal, and private organizations actively engaged in the field of digital forensics to develop cross-disciplinary guidelines and standards for the recovery, preservation, and examination of digital evidence.

*Forensic Expert Witness Association (FEWA)*
Arizona Chapter Professional Member
The Forensic Expert Witness Association (FEWA) is the only non-profit professional membership organization that verifies that each of its professional members has testified at least three times as an expert witness. FEWA is dedicated to the professional development, ethics and promotion of forensic consultants in all fields of discipline. FEWA provides professional education for experts of all levels of experience and also for those aspiring to be experts who have not yet testified, which spans all technical specialties.

TESTIFYING EXPERIENCE

(39) Hearing: 401st Judicial District Court, Collin County, Texas
Criminal
Attorney: Katheryn Haywood, Attorney at Law
Case No. 401-81601-2022

(38) Hearing: State Board of Education, Illinois
Civil
Attorney: Edward R. Theobald | Law Offices of Edward R. Theobald
Case No. Not Applicable (Chicago Board of Education v. Carl Pasowicz)

(37) Deposition: Lee County 20th Judicial Circuit Court, Florida
Criminal
Attorney: Alex Kiselev | Lee County Public Defender
Case No. 22-CF-016521

(36) Trial: Yavapai County Superior Court, Arizona
Criminal
Attorney: Robert Gundacker | Yavapai County Public Defender
Case No. V1300-CR2018-80059

(35) Deposition: Leon County Second Judicial Circuit Court, Florida
Criminal
Attorney: Don Pumphrey | Pumphrey Law
Case No. 20-CF-01094

(34) Hearing: Washington County Twenty-Fourth Judicial Circuit Court, Illinois
Criminal
Attorney: Dennis Hatch | Attorney at Law
Case No. 20-CF-00121

(33) Hearing: United States District Court, District of Alaska
Criminal
Attorney: Darla Mondou | Mondou Law Office
Case No. 4:16-CR-00005-RRB

(32) Hearing: Dona Ana County Third Judicial District Court, New Mexico
Criminal
Attorney: Gerard Montrose
Case No. D-307-CR-2020-568

(31) Deposition: Lee County 20th Judicial Circuit Court, Florida
Criminal
Attorney: Joshua Fredrickson
Case No. 21-CF-001132

(30) Hearing: Los Angeles County Superior Court, California
Criminal
Attorney: Anthony Rios
Case No. PA095585

(29) Hearing: Minnehaha County Circuit Court, South Dakota
Criminal
Attorney: Leo Flynn
Case No. CRI21-1188

(28) Trial: United States District Court, Southern District of New York
Criminal
Attorney: Marlon Kirton | Kirton Law Firm
Case No. 1:19-cr-00676 PGG

(27) Trial: Shawnee County District Court, Kansas
Criminal
Attorney: Christopher Joseph | Joseph, Hollander & Craft LLC
Case No. 2020-CR-2501

(26) Hearing: Collin County District Court, Texas
Criminal
Attorney: Scott Palmer | Scott H. Plamer, P.C.
Case No. 296-83802-2020, 296-83803-2020

(25) Trial: Monterey County Superior Court, California
Criminal
Attorney: Richard West | Richard H. West Law Office
Case No. SS151256A

(24) Trial: United States District Court, Western District of Arkansas
Criminal
Attorney: Justin Gelfand | Margulis Gelfand, LLC
Case No. 5:21-cr-50014-001

(23) Hearing: Pima County Superior Court, Arizona
Criminal
Attorney: Stephanie Bond | The Law Offices of Stephanie Bond

Case No. CR2015-1629

(22) Hearing: United States District Court, District of Kansas
Criminal
Attorney: Christopher Joseph | Joseph, Hollander & Craft LLC
Case No. 5:20-cr-40068-TC

(21) Hearing: Maricopa County Superior Court, Arizona
Civil
Attorney: James E. Vieh
Case No. CV2019-014651

(20) Hearing: United States District Court, District of Kansas
Criminal
Attorney: Christopher Joseph | Joseph, Hollander & Craft LLC
Case No. 5:19-cr-40066-HLT

(19) Hearing: United States District Court, Northern District of Texas
Criminal
Attorney: Scott Palmer | Scott H. Palmer, P.C.
Case No. 3:19-cr-00296-L

(18) Hearing: United States District Court, Western District of Tennessee
Criminal
Attorney: Taurus Bailey | The Walter Bailey Law Firm
Case No. 1:19-cr-10018-JDB

(17) Hearing: United States District Court, District of Arizona
Criminal
Attorney: Susan Anderson | Federal Public Defender
Case No. CR-18-08040

(16) Hearing: United States District Court, District of Arizona
Criminal
Attorney: Susan Anderson | Federal Public Defender
Case No. CR-18-08040

(15) Hearing: United States District Court, District of Arizona
Criminal
Attorney: Zach Storrs | Storrs Law Firm, PLLC
Case No. CR17-01311-001 PHX

(14) Hearing: North Central Judicial District Court of Ward County, North Dakota
Criminal
Attorney: Phil Becher
Case No. 51-2017-CR-01195

(13) Hearing: United States District Court, District of Arizona
Criminal
Attorney: Susan Anderson | Federal Public Defender
Case No. CR-18-08040

(12) Hearing: Lorain County Court of Common Pleas, Ohio
Criminal
Attorney: Brett Murner | Attorney at Law
Case No. 18CR098381

(11) Hearing: 19th Judicial District Court, East Baton Rouge
Criminal
Attorney: Kate Hatheway | East Baton Rouge Office of the Public Defender
Case No. 3:19-mj-04025-FLG

(10) Hearing: Circuit Court of Madison County, Illinois
Criminal
Attorney: Joe Flees | Frank, Juengel & Radefeld, Attorneys at Law P.C.
Case No. 2017-CF-000317

(9) Hearing: Circuit Court of St. Louis County, Missouri
Criminal
Attorney: Joe Flees | Frank, Juengel & Radefeld, Attorneys at Law P.C.
Case No. 17SL-CR00755

(8) Hearing: United States District Court, District of Kansas
Criminal
Attorney: Trevor Riddle | Monnat & Spurrier, Chartered
Case No. 6:17-cr-10088-EFM

(7) Hearing: Los Angeles County Superior Court, California
Criminal
Attorney: David Evans | Attorney at Law
Case No. VA 128849

(6) Hearing: United States District Court, Eastern District of Missouri
Criminal
Attorney: Joe Flees | Frank, Juengel & Radefeld, Attorneys at Law P.C.
Case No. 4:16CR374 JAR/PLC

(5) Hearing: United States District Court, District of Kansas
Criminal
Attorney: Chekasha Ramsey | Federal Public Defender
Case No. 15-20048-01-JAR-TJJ

(4) Trial: 20th Judicial Circuit Court, Florida
Criminal
Attorney: Ryan Downey | Public Defender
Case No. 15-CF-014152

(3) Deposition: 20th Judicial Circuit Court, Florida
Criminal
Attorney: Ryan Downey | Public Defender
Case No. 15-CF-014152

(2) Hearing: Lancaster County Court of Common Pleas, Pennsylvania
Criminal
Attorney: Adam Bompadre | Ciccarelli Law Office

**MICHELE BUSH**

1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com



LOEHRS forensics

Case No. CR-0000336-2015

(1) Hearing: Maricopa County Superior Court, Arizona
Criminal
Attorney: Scott Ewing | Attorney at Law
Case No. CR-2013003645

PRESENTATIONS

November, 2023: Speaker
Public Defender Association of Louisiana
*Understanding Digital Evidence in Child Exploitation Matters*
Lake Charles, Louisiana (Virtual Attendance)

May, 2023: Speaker
Mayes Telles
*Digital Forensics*
Phoenix, Arizona

March, 2023: Speaker
DM Cantor
*NCMEC & CyberTipline Reports*
Phoenix, Arizona

November, 2022: Speaker
Public Defender Association of Louisiana
*Digital Forensics*
Virtual

March, 2022: Speaker
Memphis Bar Association (MBA)
*Ethical Implications of Cyber Attacks*
Virtual

February, 2020: Speaker
DM Cantor
*Digital Forensics*
Phoenix, Arizona

May, 2019: Speaker
Mayes Telles Attorneys
*Digital Forensics*
Phoenix, Arizona

April, 2019: Speaker
Kansas City Federal Public Defender
*Digital Forensics*
Lawrence, Kansas

August, 2018: Speaker
Las Vegas Federal Public Defender
*Digital Forensics*
Las Vegas, Nevada

April, 2017: Speaker

Canyon Del Oro High School
*Computer Forensics*
Tucson, Arizona

November, 2016: Speaker
Salpointe Catholic High School
*Digital Citizenship, Safety, Legal Responsibilities and Rights*
Tucson, Arizona

July, 2016: Speaker
National Association for Public Defense
*Are Law Enforcement's Online Investigations Violating the 4th Amendment?*
National Webinar

July, 2016: Speaker
National Association for Public Defense
*How to Know When Digital Evidence has been Manipulated or Fabricated*
National Webinar

May, 2016: Speaker
Association of Certified Fraud Examiners
*Computer Forensics & Fraud*
Albuquerque, New Mexico

March, 2016: Speaker
Salpointe Catholic High School
*Computer Forensics 101*
Tucson, Arizona

September, 2015: Speaker
Arizona Information Defenders
*Computer Forensics*
Tucson, Arizona

September, 2015: Speaker
Association of Certified Fraud Examiners
*Computer Forensics & Fraud*
Tucson, Arizona

May, 2015: Speaker
Amphitheater High School
*Computer Forensics 101*
Tucson, Arizona

March, 2014: Speaker
Office of the Public Defender
*Computer Forensics*
San Francisco, California