
☰        WSO Downloads

> Your situation is not perfect. But it's a whole lot better than no situation at all.

# Find a Great Business to Buy

Drawing from my experience in nearly 20 small business transactions, I've crafted this resource to equip you with the essential strategies for success.
This course provides the roadmap you need to confidently navigate the process of Finding a Great Business to Buy.

Learn how to narrow your search with a focused thesis, ensuring you target businesses that align with your goals and strengths.
Scale your search efforts to maximize your leads, utilizing both inbound and outbound approaches to uncover hidden opportunities.
Run your acquisition process like a pro, with practical advice on engaging with brokers and sellers, and refining your strategies through experimentation and iteration.

Read More      Archived Link      2.01 GB

This content is for members only.

This course is for entrepreneurs seeking to acquire businesses and investors looking to expand their portfolio strategically.

# The Designers Toolkit

This comprehensive collection includes essential resources like project proposals, Notion client portals, brand strategy guides, visual direction templates, brand presentations, and style guides.
As an ambitious designer, streamline your workflow and enhance client satisfaction with these meticulously crafted tools. Focus solely on design without the hassle of endless revisions.

Follow a clear roadmap from strategy to project completion. Present concepts aligned with client goals, ensuring immediate approval.
Benefit from three years of experience distilled into these templates, empowering you to elevate your design process and confidently increase your prices.

4/1/24, 9:39 AM
WSO Downloads - We keep it simple
Case 1:22-cr-00176-CJN    Document 149-3    Filed 04/05/24    Page 2 of 5

Read More  Archived Link  37 MB

This content is for members only.

This course is tailored for ambitious designers seeking to streamline client services, enhance design processes, and increase client satisfaction.

# LoadedLab Courses

A collection of 4 courses from LoadedLab

Passive Profits Accelerator
New for 2023 – Liam's latest Affiliate Marketing training, designed to get you earn passive income as fast as possible.

Tiktok Print Pro
Brand New TikTok Print on Demand training, which is getting total beginners results on day one. No followers required.

POD Profit Academy
New for 2023 – Learn how to master Print on Demand with this step by step training – full of secrets and tips to help you succeed.

Google Ads Bootcamp
Learn how to master Google Ads with Liam's high quality training program that teaches the secrets of Google Ads.

Read More  Archived Link  3.60 GB

This content is for members only.

# Skool Cash Masterclass

A comprehensive program designed to help you build and grow a profitable membership site, ensuring recurring monthly income.
This masterclass distills years of expertise into actionable steps suitable for beginners and seasoned entrepreneurs alike.

Learn how to identify lucrative membership site ideas, set up your community for maximum engagement, and attract paid members through effective promotion strategies.
Discover the secrets of upselling members to high-ticket offers and maximizing conversions through automation and retargeting.

Read More  Archived Link  3.11 GB

This content is for members only.

This course is for aspiring entrepreneurs seeking to build and monetize profitable membership sites for recurring monthly income.

# Zero To Shipped

This engaging video course transforms the intimidating world of fullstack development into an accessible and enjoyable experience.
Learn to ship products quickly, focusing on practical solutions rather than theoretical perfection.

Discover the secrets of fast shipping and develop a laser focus on delivering value to end users.
Gain practical skills in authentication, databases, payments, and more through real-world examples.
Explore advanced topics like AI integration, analytics dashboards, and desktop app conversion.

With Zero To Shipped, you'll confidently navigate the development process, armed with the tools and knowledge to bring your ideas to life swiftly and effectively.
Start your journey today and see your projects go from zero to shipped in record time.

Read More   Archived Link   4.42 GB

This content is for members only.

This course is for aspiring developers looking to master fullstack development and efficiently ship functional apps in record time.

---



WordPress   Software   Courses   Concise Books

---

15-March-2023

Rank Math Pro 3.0.57

SEOPress PRO 7.5.1

Perfmatters 2.2.5

Elementor PRO 3.20.0

Solid Backups (BackupBuddy) 9.1.11

Duplicator Pro 4.5.16.2

Solid Security (iThemes Security) 8.4.0

Wordfence Premium 7.11.4

Optimize Premium 3.3.1

ARMember 6.5.1

Ultimate Membership Pro 12.4

AAWP v3.40.1

MonsterInsights Pro 8.25.0

WP Mail SMTP Pro 4.0.2

CartFlows Pro 2.0.4

Amelia 7.4.3

Dokan (Business Plan) 3.10.0

If-So Dynamic Content v1.8.0.1

Pretty Links Pro 3.6.4

Ultimate GDPR & CCPA 5.3

---

latest books



login
all downloads
faq
contact us
dmca

Wordpress

Software

Courses

Concise Books

## WSO Downloads

2011-2024 © WSO Downloads This website is not tracking you.