

# Dangerous website blocked

We have identified this website as a potential security threat. NETGEAR Armor security will automatically block threats while you're connected to your home Wi-Fi network.



To stay protected even when not connected to your home Wi-Fi, install NETGEAR Armor application on all your family's devices.

Protect my device now

On the go Security is included for free in your NETGEAR Armor subscription.

