1. Welcome screen when first launching the Google Drive application.



2. Prompt to login to a Google account to connect the physical device to the online account.



3. Prompt to sync folders from the computer to the Google Drive including default Windows folders.



4. Description of Google Drive and Google Photos syncing features.



5. Description of Google Drive syncing with Windows File Explorer.



6. New shortcut to Google Drive as a folder in Windows Explorer.

