CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Stephen Johnson

Civil/Criminal No.: CR 22-176 (CJN)

## NOTE FROM JURY

May we have the opening & closing statement of the Defense.

Date: #1 April 12th 2024

Time: 4:11 PM

CSO Paul V Clare
4/12/24
1612 hss