CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Stephen Johnson

Civil/Criminal No.: CR 22-176 (CJN)

## NOTE FROM JURY

After review of Government Exhibit 5B, it appears that the metadata of counts 4, 6, 9-15 could not be located and is not available for review. We request the metadata, google drive file paths, and any other data information for counts 4, 6, 9-15.

It appears that the metadata & file paths were removed when counts 4, 6, 9-15 were moved to the CSAM Hardrive.

Date: April 16, 2024

Time: 3:05 PM

FOREPERSON