UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>Defendant. | )<br>)<br>)<br>)   Crim. No. 22-CR-00176 (CJN)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF BILL OF PARTICULARS FOR FORFEITURE

1) The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this Bill of Particulars for the Forfeiture Allegation in the Indictment.

2) The United States provided notice in the Second Superseding Indictment that, upon conviction of any of the offenses charged in Counts One through Sixteen, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property. (Doc. No. 110 at 3-4).

3) In the Second Superseding Indictment, the United States specified that the property subject to forfeiture includes, but is not limited to, one Lenovo laptop bearing serial number PF1BH2SI. (*Id.* at 4).

4) The United States hereby supplements the Notice of Forfeiture to include the following specific properties:

 a. One Lenovo laptop, Yoga C740-15IML, Model 81TD, Serial # PF1BH2S1;

 b. One Samsung Galaxy Note 10+, IMEI 356793100242338; and

 c. One ACER laptop, ASPIRE M5 SERIES, Z09, Serial # NXM26AA0093380C2507600

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Rick Blaylock Jr.*
RICK BLAYLOCK, JR.
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
United States Attorney's Office
601 D Street NW
Washington, D.C.  20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov