United States of America

VS.

Stephen Johnson

Civil/Criminal No. 22-cr-176

| | | ✔ |
|---|---|---|
| Government | | ✔ |
| Plaintiff | | |
| Defendant | | |
| Joint | | |
| **Court** | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Lenovo Yoga laptop | 4\9\24 | 4\9\24 | Harvey Laura Calvillo | |
| 2 | Hard drive containing physical and logical images of Exhibit 1 | 4\9\24 | 4\9\24 | Calvillo | |
| 3 | Samsung Galaxy Note 10 Plus | 4\9\24 | 4\9\24 | Harvey | |
| 4 | Hard drive containing master copy extraction of Exhibit 3 | | | Jett | |
| 5A | Hard drive containing account data produced by Google for the stephenjohnson1197@gmail.com Google account zipped | 4\9\24 | 4\9\24 | Google custodian Daniel Hollar Laura R. Cavillo | |
| 5B | Hard drive containing account data produced by Google for the stephenjohnson1197@gmail.com Google account unzipped) | 4\9\24 | 4\9\24 | Google custodian Laura Calvillo Desd Tucker | |
| 6 | Flash drive containing NCMEC CyberTip files from Exhibit 5 (Exhibits 200-1 through 200-220) | 4\9\24 | 4\9\24 | Calvillo | |
| 100-1 | CyberTip Number 80805184 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-2 | CyberTip Number 80807649 | 4\9\24 | 4\9\24 | Lafontant | |

| 100-3 | CyberTip Number 80814354 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-4 | CyberTip Number 80817590 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-5 | CyberTip Number 80821083 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-6 | CyberTip Number 80826307 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-7 | CyberTip Number 80831054 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-8 | CyberTip Number 80835054 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-9 | CyberTip Number 80842649 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-10 | CyberTip Number 80884681 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-11 | CyberTip Number 80886510 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-12 | CyberTip Number 80888542 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-13 | CyberTip Number 80891261 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-14 | CyberTip Number 80893982 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-15 | CyberTip Number 80896917 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-16 | CyberTip Number 80900117 | 4\9\24 | 4\9\24 | Lafontant | |
| 100-17 | CyberTip Number 80902839 | 4\9\24 | 4\9\24 | Lafontant | |

| | | | |
|---|---|---|---|
| 100-18 | CyberTip Number 80931745 | 4\9\24    4\9\24 | Lafontant |
| 100-19 | CyberTip Number 80934538 | 4\9\24    4\9\24 | Lafontant |
| 101 | Summary of File Metadata and IP Address Information for Charged Transportation Counts | 4\9\24    4\9\24 | Calvillo  Dero Tucker |
| 102 | Comcast Subscriber Records | 4\9\24    4\9\24 | Calvillo |
| 103 | Gigenet Subscriber Records | 4\9\24    4\9\24 | Calvillo |
| 104 | Sprint Subscriber Records | 4\9\24    4\9\24 | Calvillo |
| 105 | LinkedIn Subscriber Records | 4\9\24    4\9\24 | Calvillo |
| 106 | Stephen Johnson's LinkedIn Profile | 4\9\24    4\9\24 | Calvillo |
| 107 | Google Subscriber Records | 4\9\24    4\9\24 | Calvillo  Daniel Hollar |
| 108 | Google CyberTip Log | | Google/Calvillo/Tucker |
| 200-1 | .getxfer.6636.1099.mega | 4\9\24    4\9\24 | Tucker |
| 200-2 | 2017-06-21 16.41.44(1).mp4 | 4\9\24    4\9\24 | Tucker |
| 200-3 | 2017-06-21 20.46.27.mp4 | 4\9\24    4\9\24 | Tucker |
| 200-4 | 2017-06-22 19.16.19.mp4 | 4\9\24    4\9\24 | Tucker |
| 200-5 | 2017-06-22 22.28.27.mp4 | 4\9\24    4\9\24 | Tucker |

| | | | | |
|---|---|---|---|---|
| 200-5A | Clip of Exhibit 200-5 | 4\9\24 | 4\9\24 | Tucker |
| 200-5B | Still storyboard of Exhibit 200-5 | 4\9\24 | 4\9\24 | Tucker |
| 200-6 | 39.jpg | 4\9\24 | 4\b\24 | Tucker |
| 200-7 | black Shayla BACK IT UP 2.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-7A | Clip of Exhibit 200-7 | 4\9\24 | 4\9\24 | Tucker |
| 200-7B | Still storyboard of Exhibit 200-7 | 4\9\24 | 4\9\24 | Tucker |
| 200-8 | Ç¡´ æ¼¿Ó¡«óá.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-9 | d7f235bb-2f07-41c6-beed-92cd0dc41788.mp4 | 4\b\24 | 4\9\24 | Tucker |
| 200-10 | é¿ñÑ«ºá»¿ß¿ îÇïêìèÇ 9 ó¿ñÑ«ºá»¿ßÑ®3.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-11 | é¿ñÑ«ºá»¿ß¿ îÇïêìèÇ 9 ó¿ñÑ«ºá»¿ßÑ®5.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-12 | lil black girl fucked by BBC.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-12A | Clip of Exhibit 200-12 | 4\9\24 | 4\9\24 | Tucker |
| 200-12B | Still storyboard of Exhibit 200-12 | 4\9\24 | 4\9\24 | Tucker |
| 200-13 | Mommy loves daughter's pussy.jpg | 4\9\24 | 4\9\24 | Tucker |
| 200-14 | VID_20150516_074010.mp4 | 4\9\24 | 4\9\24 | Tucker |

| 200-15 | VID_20180106_084541_406.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-16 | VID_20180514_181948_487.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-17 | VID_20180514_182009_867.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-18 | VID-20150405-WA0346.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-19 | VID-20150405-WA0375.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-20 | VID-20150405-WA0466.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-21 | VID-20150405-WA0470.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-21A | Clip of Exhibit 200-21 | 4\9\24 | 4\9\24 | Tucker | |
| 200-21B | Still storyboard of Exhibit 200-21 | 4\9\24 | 4\9\24 | Tucker | |
| 200-22 | VID-20150418-WA0061.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-23 | VID-20150419-WA0067.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-24 | VID-20150419-WA0083.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-25 | VID-20150419-WA0088.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-26 | VID-20150524-WA0022.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-27 | VID-20150524-WA0034.mp4 | 4\9\24 | 4\9\24 | Tucker | |

| 200-28 | VID-20150524-WA0035.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-29 | VID-20150524-WA0036.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-30 | VID-20150524-WA0037.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-31 | VID-20150730-WA0134.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-32 | VID-20161124-WA0032.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-33 | VID-20170305-WA0114.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-34 | VID-20170306-WA0006.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-35 | VID-20170327-WA0002.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-36 | VID-20170503-WA0024.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-37 | VID-20170709-WA0004[1].3gp | 4\9\24 | 4\9\24 | Tucker | |
| 200-38 | VID-20170722-WA0102.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-39 | VID-20171015-WA0065.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-40 | VID-20171016-WA0017 (1).mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-41 | VID-20171020-WA0056.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-42 | VID-20171021-WA0002 (1).mp4 | 4\9\24 | 4\9\24 | Tucker | |

| 200-43 | VID-20171024-WA0030 (1).mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-44 | VID-20171025-WA0022 (1).mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-45 | VID-20171026-WA0066.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-46 | VID-20171026-WA0067.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-46A | Clip of Exhibit 200-46 | 4/9/24 | 4/9/24 | Tucker | |
| 200-46B | Still storyboard of Exhibit 200-46 | 4/9/24 | 4/9/24 | Tucker | |
| 200-47 | VID-20171107-WA0004.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-48 | VID-20171114-WA0013.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-49 | VID-20180228-WA0179.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-50 | VID-20180228-WA0229.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-51 | VID-20180525-WA0005.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-52 | VID-20180525-WA0008.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-53 | VID-20180525-WA0010.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-54 | VID-20180525-WA0011.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-55 | VID-20180525-WA0023.mp4 | 4/9/24 | 4/9/24 | Tucker | |

| 200-56 | VID-20180525-WA0028.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-57 | VID-20180525-WA0030.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-58 | VID-20180525-WA0036.mp4 | 4\9\24 | 4/9/24 | Tucker | |
| 200-59 | VID-20180525-WA0039.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-60 | VID-20180526-WA0006.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-61 | VID-20180526-WA0008.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-62 | VID-20180526-WA0035.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-63 | VID-20180526-WA0037.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-64 | VID-20180526-WA0043.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-65 | VID-20180526-WA0047.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-66 | VID-20180526-WA0051.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-67 | VID-20180526-WA0053.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-68 | VID-20180527-WA0013.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-69 | VID-20180527-WA0077.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-70 | VID-20180527-WA0079.3gp | 4\9\24 | 4\9\24 | Tucker | |

| | | | | |
|---|---|---|---|---|
| 200-71 | VID-20180527-WA0080.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-72 | VID-20180813-WA0541.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-73 | VID-20180813-WA0542.3gp | 4\9\24 | 4\9\24 | Tucker |
| 200-74 | VID-20180813-WA0543.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-75 | VID-20180813-WA0546.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-76 | VID-20180813-WA0560.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-77 | VID-20180813-WA0563.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-78 | VID-20180813-WA0569.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-79 | VID-20180813-WA0572.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-80 | VID-20180813-WA0574.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-81 | VID-20180814-WA0014.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-82 | VID-20180814-WA0018.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-83 | VID-20180814-WA0048.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-84 | VID-20180814-WA0056.mp4 | 4\9\24 | 4\9\24 | Tucker |
| 200-85 | VID-20180814-WA0057.3gp | 4\9\24 | 4\9\24 | Tucker |

| 200-86 | VID-20180814-WA0058.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-87 | VID-20180814-WA0061.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-88 | VID-20180814-WA0062.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-89 | VID-20180814-WA0064.3gp | 4\9\24 | 4\9\24 | Tucker | |
| 200-90 | VID-20180814-WA0067.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-91 | VID-20180814-WA0071.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-92 | VID-20180814-WA0095.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-93 | VID-20180814-WA0096.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-94 | VID-20180814-WA0097.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-95 | VID-20180814-WA0115.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-96 | VID-20180814-WA0116.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-97 | VID-20180814-WA0135.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-98 | VID-20180814-WA0139.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-99 | VID-20180815-WA0002.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-100 | VID-20180827-WA0348.mp4 | 4\9\24 | 4\9\24 | Tucker | |

| 200-101 | VID-20180831-WA0041.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-102 | video _8.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-103 | Video 07-05-2016, 04 23 04.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-103A | Clip of Exhibit 200-103 | 4/9/24 | 4/9/24 | Tucker | |
| 200-103B | Still storyboard of Exhibit 200-103 | 4/9/24 | 4/9/24 | Tucker | |
| 200-104 | Video 11-09-2017, 7 35 00 am.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-105 | Video 11-09-2017, 7 35 15 am.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-106 | Video 11-09-2017, 7 35 35 am.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-107 | Video 16.07.15 16 14 41.mp4.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-108 | Video Aug 09, 5 01 11 AM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-109 | Video Jan 03, 10 34 16 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-110 | Video Jan 08, 12 47 15 AM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-111 | Video Jan 11, 8 13 12 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-112 | Video Jan 15, 4 35 37 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-113 | Video Jan 17, 9 20 06 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |

| 200-114 | Video Jan 27, 8 49 29 PM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-115 | Video Jul 19, 12 49 04 PM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-116 | Video Jul 19, 8 19 06 PM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-117 | Video Nov 16, 11 21 18 PM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-118 | Video Oct 03, 4 53 27 PM.mov | 4\9\24 | 4\9\24 | Tucker | |
| 200-118A | Clip of Exhibit 200-118 | 4\9\24 | 4\9\24 | Tucker | |
| 200-118B | Still storyboard of Exhibit 200-118 | 4\9\24 | 4\9\24 | Tucker | |
| 200-119 | Video Sep 05, 10 28 24 PM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-120 | Video Sep 11, 9 51 07 AM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-121 | waschmaschine.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-122 | VID-20150405-WA0379.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-123 | VID-20180526-WA0052.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-124 | VID-20150405-WA0382.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-125 | Video 10-06-2015 3 52 39 am.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-126 | VID-20180814-WA0060.mp4 | 4\9\24 | 4\9\24 | Tucker | |

| 200-127 | VID-20150419-WA0104.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-128 | VID-20180813-WA0547.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-129 | アジア3.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-130 | VID-20180525-WA0025.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-131 | VID-20180813-WA0581.3gp | 4/9/24 | 4/9/24 | Tucker | |
| 200-132 | VID-20180814-WA0100.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-132A | Clip of Exhibit 200-132 | 4/9/24 | 4/9/24 | Tucker | |
| 200-132B | Still storyboard of Exhibit 200-132 | 4/9/24 | 4/9/24 | Tucker | |
| 200-133 | VID-20180814-WA0015.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-134 | VID-20180527-WA0075.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-135 | Pthc Goldberg 10Y 2 Kleine Fotzen - Sonya (22.24).avi | 4/9/24 | 4/9/24 | Tucker | |
| 200-136 | Pthc Goldberg 10Y Kleine Fotze - Unk (07.14).avi | 4/9/24 | 4/9/24 | Tucker | |
| 200-136A | Clip of Exhibit 200-136 | 4/9/24 | 4/9/24 | Tucker | |
| 200-136B | Still storyboard of Exhibit 200-136 | 4/9/24 | 4/9/24 | Tucker | |
| 200-137 | VID_20180514_182122_159.mp4 | 4/9/24 | 4/9/24 | Tucker | |

| 200-138 | VID_20180514_182131_236.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-139 | VID-20150405-WA0357.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-140 | VID-20150405-WA0434.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-141 | VID-20151007-WA0017.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-142 | VID-20171026-WA0022.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-143 | VID-20171114-WA0022.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-144 | VID-20180526-WA0038.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-145 | VID-20180813-WA0589.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-146 | Video Sep 11, 9 40 54 AM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-147 | 2017-06-21 20.53.15(1).mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-148 | 2017-07-02 21.01.49.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-149 | Black_incest_2015_(rot).mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-150 | VID-20150403-WA0357.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-151 | VID-20150405-WA0430.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-152 | VID-20150419-WA0036.mp4 | 4\9\24 | 4\9\24 | Tucker | |

| 200-153 | VID-20150419-WA0066.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-154 | VID-20150419-WA0075.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-155 | VID-20170308-WA0016.3gp | 4/9/24 | 4/9/24 | Tucker | |
| 200-156 | VID-20170725-WA0030.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-157 | VID-20171022-WA0026.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-158 | VID-20171026-WA0013.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-159 | VID-20171112-WA0133.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-160 | VID-20171113-WA0016.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-161 | VID-20171113-WA0059.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-162 | VID-20180126-WA0008.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-163 | VID-20180813-WA0540.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-164 | VID-20180813-WA0570.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-165 | VID-20180813-WA0584.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-166 | VID-20180814-WA0009.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-167 | VID-20180814-WA0046.mp4 | 4/9/24 | 4/9/24 | Tucker | |

| 200-168 | VID-20180814-WA0171.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-169 | Video Aug 09, 4 55 40 AM.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-170 | VIDEO_030.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-171 | Video_20180115211456411_by_vidcompact.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-172 | в ванной.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-173 | (Children-sf-model) Pthc - 11Yo Black Girl Showing Off Her Pussy Aka - [!!! New !!!][USA][00.07.14] (2).avi | 4\9\24 | 4\9\24 | Tucker | |
| 200-173A | Clip of Exhibit 200-173 | 4\9\24 | 4\9\24 | Tucker | |
| 200-173B | Still storyboard of Exhibit 200-173 | 4\9\24 | 4\9\24 | Tucker | |
| 200-174 | [pthc] Goldberg - The Visitors (HiRes, 20m36s) ~ 2014 opva 9y 10y 11y 12y black preteen pedo lolitabay pussy.avi | 4\9\24 | 4\9\24 | Tucker | |
| 200-174A | Clip of Exhibit 200-174 | 4\9\24 | 4\9\24 | Tucker | |
| 200-174B | Still storyboard of Exhibit 200-174 | 4\9\24 | 4\9\24 | Tucker | |
| 200-175 | 2017-07-04 12.30.16(1).mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-176 | 2019-05-04 21.34.03.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-177 | VID-20150405-WA0350.mp4 | 4\9\24 | 4\9\24 | Tucker | |

| 200-178 | VID-20150405-WA0407.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-179 | VID-20150729-WA0056 (1).mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-180 | VID-20180813-WA0573.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-181 | VID-20180814-WA0000.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-182 | VID-20180814-WA0101.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-183 | Video Jan 18, 8 40 48 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-184 | Video Jul 19, 10 04 16 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-185 | .getxfer.6636.1089.mega | 4/9/24 | 4/9/24 | Tucker | |
| 200-186 | VID_20150419_053036.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-187 | VID-20150419-WA0076.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-188 | VID-20150630-WA0031.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-189 | VID-20161115-WA0009.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-190 | VID-20170313-WA0027.3gp | 4/9/24 | 4/9/24 | Tucker | |
| 200-191 | VID-20170709-WA0009[1].mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-192 | VID-20171113-WA0124.mp4 | 4/9/24 | 4/9/24 | Tucker | |

| 200-193 | VID-20180814-WA0114.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-194 | VID-20180831-WA0004.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-195 | VID-20180831-WA0230.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-196 | Video Aug 10, 11 03 35 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-197 | Video Jan 27, 8 50 47 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-197A | Clip of Exhibit 200-197 | 4/9/24 | 4/9/24 | Tucker | |
| 200-197B | Still storyboard of Exhibit 200-197 | 4/9/24 | 4/9/24 | Tucker | |
| 200-198 | 1_4947301621999599675.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-198A | Clip of Exhibit 200-198 | 4/9/24 | 4/9/24 | Tucker | |
| 200-198B | Still storyboard of Exhibit 200-198 | 4/9/24 | 4/9/24 | Tucker | |
| 200-199 | VID-20150405-WA0366.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-200 | VID-20171024-WA0043.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-201 | VID-20171114-WA0079.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-202 | Video Jul 10, 7 46 15 PM.mp4 | 4/9/24 | 4/9/24 | Tucker | |
| 200-203 | Video May 15.mp4 | 4/9/24 | 4/9/24 | Tucker | |

| | | | | |
|---|---|---|---|---|
| 200-204 | videoplayback (5).mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-205 | VID-20150405-WA0383.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-206 | VID-20150802-WA0061.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-207 | VID-20171021-WA0008 (1).mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-208 | VID-20171113-WA0022.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-209 | VID-20180526-WA0048.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-210 | VID-20180813-WA0539.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-211 | Video 11-09-2017, 7 34 03 am.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-212 | Video Jul 30, 8 15 06 PM.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-213 | Video Oct 05, 4 26 16 PM.mov | 4/9/24 | 4/9/24 | Tucker |
| 200-214 | ьопаппа (72).wmv | 4/9/24 | 4/9/24 | Tucker |
| 200-215 | VID-20180525-WA0009.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-216 | VID-20150405-WA0361.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-217 | 2019-04-25 01.59.02.mp4 | 4/9/24 | 4/9/24 | Tucker |
| 200-218 | vid_0005667.mp4 | 4/9/24 | 4/9/24 | Tucker |

| 200-219 | VID-20161120-WA0097.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 200-220 | VID-20170305-WA0113.mp4 | 4\9\24 | 4\9\24 | Tucker | |
| 201-1 | (Children-sf-model) Pthc - 11Yo Black Girl Showing Off Her Pussy Aka - [!!! New !!!][USA][00.07.14].mp4 | 4\9\24 | 4\9\24 | Calvillo | |
| 201-2 | 2019-01-26 11.23.22.mp4 | 4\9\24 | 4\9\24 | Calvillo | |
| 201-2A | Clip of Exhibit 201-2 | 4\9\24 | 4\9\24 | Tucker | |
| 201-2B | Still storyboard of Exhibit 201-2 | 4\9\24 | 4\9\24 | Tucker | |
| 201-3 | VID-20180813-WA0544.mp4 | 4\9\24 | 4\9\24 | Calvillo | |
| 201-3A | Clip of Exhibit 201-3 | 4\9\24 | 4\9\24 | Tucker | |
| 201-3B | Still storyboard of Exhibit 201-3 | 4\9\24 | 4\9\24 | Tucker | |
| 201-4 | 2017-06-21 11.17.23(1).mp4 | 4\9\24 | 4\9\24 | Calvillo | |
| 201-4A | Clip of Exhibit 201-4 | 4\9\24 | 4\9\24 | Tucker | |
| 201-4B | Still storyboard of Exhibit 201-4 | 4\9\24 | 4\9\24 | Tucker | |
| 202 | October 7, 2021, Interview of Stephen Johnson | | | Calvillo | |
| 202A | Transcript of Exhibit 202 | | | Calvillo | |
| 300 | DSC_0003.JPG | 4\9\24 | 4\9\24 | Harvey | |

| 301 | DSC_0008.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 302 | DSC_0010.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 303 | DSC_0023.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 304 | DSC_0025.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 305 | DSC_0026.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 306 | DSC_0027.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 307 | DSC_0028.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 308 | DSC_0029.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 309 | DSC_0034.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 310 | DSC_0035.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 311 | DSC_0036.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 312 | DSC_0047.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 313 | DSC_0049.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 314 | DSC_0056.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 315 | DSC_0076.JPG | 4\9\24 | 4\9\24 | Harvey | |

| | | | | | |
|---|---|---|---|---|---|
| 316 | DSC_0077.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 317 | DSC_0078.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 318 | DSC_0079.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 319 | DSC_0080.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 320 | DSC_0082.JPG | 4\9\24 | 4\9\24 | Harvey | |
| 321 | DSC_0093.JPG | | | Harvey | |
| 322 | DSC_0094.JPG | | | Harvey | |
| 323 | DSC_0097.JPG | | | Harvey | |
| 324 | DSC_0098.JPG | | | Harvey | |
| 400 | Google Chrome Browser History | 4\9\24 | 4\9\24 | Google/Calvillo | |
| 400A | Summary of Google Chrome Browser History - Visits to Recovered Video Files (Demonstrative) | 4\9\24 | 4\9\24 | Calvillo Michele Bush Deb Tucker | |
| 400B | Summary of Google Chrome Browser History – Visits to Dropbox Folder "Black teens and underage thots" | 4\9\24 | 4\9\24 | Calvillo Michele Bush | |
| 401 | Scoped Extraction Report for Samsung Cellphone | | | Jett/Calvillo/Tucker | |
| 401A | Google Play Application Details – Mega download | 4\9\24 | 4\9\24 | Calvillo/Tucker | |

| | | | | | |
|---|---|---|---|---|---|
| 401B | Samsung Messages – Google Account | 4\9\24 | 4\9\24 | Calvillo/Tucker | |
| 401C | Pictures – Redacted | | | Calvillo/Tucker | |
| 401D | Pictures – Unredacted (contains CSAM) | 4\9\24 | 4\9\24 | Calvillo/Tucker Michele Bush | |
| 401E | Selected Google Shared Photo Albums on Samsung Phone | 4\9\24 | 4\9\24 | Calvillo/Tucker Michele Bush | |
| 401F | Google Photos Comments – Cin City | | | Calvillo/Tucker | |
| 401G | Google Photos Comments – Pyt videos | 4\9\24 | 4\9\24 | Calvillo/Tucker Michele Bush | |
| 401H | Google Photos Media | | | Calvillo/Tucker | |
| 401I | Google Searches Photos and Metadata from Phone | 4\9\24 | 4\9\24 | Calvillo/Tucker | |
| 402 | Scoped Extraction Report for Samsung Cellphone - Telegram | | | Jett/Calvillo/Tucker | |
| 402A | Telegram Messages – Young Pyt Hoes | | | Calvillo/Tucker | |
| 402B | Telegram Messages – pyt black teen no limit | 4\9\24 | 4\9\24 | Calvillo/Tucker | |
| 402C | Telegram Messages – dark web | 4\9\24 | 4\9\24 | Calvillo/Tucker | |
| 402D | Telegram Messages – the 215 | 4\10\24 | | Calvillo/Tucker | |
| 402E | Telegram Messages pyt hoe girls | | | Calvillo/Tucker | |
| 403 | Apollo Apartment Lease from Johnson's Google Drive | 4\9\24 | 4/9/24 | Calvillo | |

| 404 | Google Drive Haute Girls File Structure | 4/9/24 | 4/9/24 | Calvillo | |
| 405 | | | | | |
| 406 | | | | | |
| 407 | | | | | |
| 408 | | | | | |
| 409 | | | | | |
| 410 | Lenovo Yoga laptop sync log | | | Tucker | |
| 410A | Lenovo Yoga laptop sync log – action.delete | | | | |
| 411 | Lenovo Yoga laptop Shell Bags | | | Tucker | |
| 412 | Lenovo Yoga laptop Jumplists | 4/10/24 | 4/10/24 | Tucker Michele Bush | |
| 412A | Summary of Jump Lists showing Charged Files on desktop | 4/10/24 | 4/10/24 | Tucker Michele Bush Devo Tucker | |
| 412B | Summary of Jumplists showing Goldberg Files | 4/10/24 | 4/10/24 | Tucker Michele Bush | |
| 413 | Lenovo Yoga laptop Chrome Download History | | | Tucker | |
| 413A | Selected Chrome Download History | 4/10/24 | 4/10/24 | Tucker | |
| 414 | Samsung Galaxy Note 10 Plus Browser History | | | Tucker | |