United States of America

VS.

Stephen Johnson

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

Civil/Criminal No. 22-cr-0176 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2-D | 9/21/2020 Google Drive Uploads | | | Michele Bush | |
| 2-E | 10/01/2020 Google Drive Uploads | | | Michele Bush | |
| 2-F | Google Drive Folder Structure | | | Michele Bush | |
| 3 | Name Cheap Order List | 4/11/24 | | Michele Bush | |
| 5 | Re CONTENT REQUEST FBI 302 | 4/9/24 | | Laura Calvillo | |
| 7 | Telegram Saving Settings | 4/10/24 | 4/10/24 | Dero Tucker Michele Bush | |
| 8 | qwf2_e01_image.E01_Redacted | | | Michelle Bush | |
| 9 | qwf2_1_e01_image.E01_Redacted | | | Michelle Bush | |
| 10 | Logical_QWF2.E01_Redacted | | | Michelle Bush | |
| 11 | Physical_QWF2.E01_Redacted | | | Michelle Bush | |

|  |  | United States of America |  |  | Civil/Criminal No. 22-cr-0176 (CJN) |
|---|---|---|---|---|---|
| Government | ☐ | vs. |  |  |  |
| Plaintiff | ☐ |  |  |  |  |
| Defendant | ✓ | Stephen Johnson |  |  |  |
| Joint | ☐ |  |  |  |  |
| Court | ☐ |  |  |  |  |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12 | Telegram Autodownload Blog | 4/11/24 | 4/11/24 | Michele Bush  Dero Tucker |  |
| 14 | Michelle Bush CV | 4/11/24 |  | Michele Bush |  |
| 15 | Loers Forensic Report |  |  | Michele Bush |  |
| 16 | AMIRAHDYME Instagram Page |  |  | Michele Bush |  |
| 17 | Ayisha Diaz Instagram Page |  |  | Michele Bush |  |
| 18 | Sync Log | 4/11/24 | 4/11/24 | Michele Bush |  |
| 19 | Chrome Download History | 4/11/24 | 4/11/24 | Michele Bush |  |
| 20 | Correspondence with NameCheap on Subpoena |  |  | Michele Bush |  |