CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Stephen Johnson

Civil/Criminal No.: CR 22-176 (CJN)

## NOTE FROM JURY

We have reached a verdict on all counts unanimously, and are ready to submit our decision.

Date: April 17th, 2024

Time: 11:35 am

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Stephen Johnson

Civil/Criminal No.: CR 22-176 (CJN)

## NOTE FROM JURY

We have reached a unanimously decision for each count.

Date: April 17th, 2024

Time: 3:20 pm

FOREPERSON