UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>*Defendant.* | Criminal Action No. 22-cr-176 (CJN) |

## VERDICT FORM

### COUNT ONE: Transportation of Child Pornography

With respect to Count One, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY _____    GUILTY __✓__

### COUNT TWO: Transportation of Child Pornography

With respect to Count Two, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY _____    GUILTY __✓__

### COUNT THREE: Transportation of Child Pornography

With respect to Count Three, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY __✓__    GUILTY _____

### COUNT FOUR: Transportation of Child Pornography

With respect to Count Four, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY __✓__    GUILTY _____

### FIVE:  Transportation of Child Pornography

With respect to Count Five, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY _____     GUILTY __✓__

### COUNT SIX:  Transportation of Child Pornography

With respect to Count Six, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY __✓__     GUILTY _____

### COUNT SEVEN:  Transportation of Child Pornography

With respect to Count Seven, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY _____     GUILTY __✓__

### COUNT EIGHT:  Transportation of Child Pornography

With respect to Count Eight, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY _____     GUILTY __✓__

### COUNT NINE:  Transportation of Child Pornography

With respect to Count Nine, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY __✓__     GUILTY _____

### COUNT TEN:  Transportation of Child Pornography

With respect to Count Ten, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY __✓__     GUILTY _____

**COUNT ELEVEN: Transportation of Child Pornography**

With respect to Count Eleven, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY ✓   GUILTY _____

**COUNT TWELVE: Transportation of Child Pornography**

With respect to Count Twelve, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY ✓   GUILTY _____

**COUNT THIRTEEN: Transportation of Child Pornography**

With respect to Count Thirteen, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY ✓   GUILTY _____

**COUNT FOURTEEN: Transportation of Child Pornography**

With respect to Count Fourteen, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY ✓   GUILTY _____

**COUNT FIFTEEN: Transportation of Child Pornography**

With respect to Count Fifteen, the charge of Transportation of Child Pornography, we unanimously find the defendant:

NOT GUILTY ✓   GUILTY _____

## COUNT SIXTEEN: Possession of Child Pornography

With respect to Count Sixteen, the charge of Possession of Child Pornography, we unanimously find the defendant:

NOT GUILTY _____     GUILTY ___✓___

*IF YOU UNANIMOUSLY FOUND THE DEFENDANT GUILTY OF COUNT SIXTEEN, PLEASE CONTINUE TO THE NEXT QUESTION.*

Do you unanimously find beyond a reasonable doubt that at least one visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age?

NO _____     YES ___✓___

Dated: April 17th, 2024            _____
                                    FOREPERSON