UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>*Defendant.* | Criminal Action No. 22-cr-176 (CJN) |

## ORDER

It is **ORDERED** that the defendant shall self-surrender by April 19, 2024 at 11 AM to the Cell Block at the U.S. District Court for the District of Columbia, 333 Constitution Ave NW, Washington, DC 20020.

DATE: April 18, 2024

_____
CARL J. NICHOLS
United States District Judge