

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington DC, 20004*

April 19, 2024

**By Email and ECF**
Jonathan S. Jeffress, Esq.
Tony W. Miles, Esq.
Kaiser PLLC
1099 14th Street Northwest
Washington, D.C. 20005
jjeffress@kaiserlaw.com
tmiles@kaiserlaw.com

Dear Counsel:

We write to memorialize the discovery and other information that the government produced to you in this case since its March 19, 2024, Letter (ECF No. 125-2).

On March 20, 2024, the government produced to you via USAfx a ZIP package entitled "Phone Evidence – Redacted.zip." The package was substantively identical to materials produced on March 13, 2024, as documented in our March 19 Letter, but the file at the following path was replaced with a redacted copy: Phone Evidence\Not Telegram\PDF\Media\Pictures\Pictures.pdf. USAfx indicates your paralegal, Nicholas Cooper, downloaded this file on March 21, 2024; March 26, 2024; March 29, 2024; and April 9, 2024. The government also produced to you via email the redacted file, entitled "Pictures_Redacted.pdf."

Also on March 20, 2024, the government produced to you via USAfx a ZIP package entitled "902(11) Certifications and Records.zip," which contained the following items:

- **Comcast Subpoena**
  - 1_01-07-2021_Comcast_Return_-_Stephen_Johnson.pdf
  - Comcast Final Cert.pdf
- **Giganet Subpoena**
  - Giganet Subpoena Response - Case #2020R02752.pdf
  - Declaration of Custodian of Records - Case 2020R02752.pdf

Jonathan S. Jeffress, Esq., and Tony W. Miles, Esq., p. 2
April 19, 2024

- **LinkedIn**
    - 305A-WF-3492466-SBP_0000004_1A0000023_0000002.csv
    - 305A-WF-3492466-SBP_0000004_1A0000023_0000003.csv
    - 305A-WF-3492466-SBP_0000004_1A0000023_0000004.csv
    - 305A-WF-3492466-SBP_0000004_1A0000023_0000005.csv
    - 305A-WF-3492466-SBP_0000004_1A0000023_0000006.csv
    - LinkedIn Business Records Affidavit.pdf
- **Sprint Records**
    - 305A-WF-3492466-SBP_0000002_1A0000025_0000001.xlsx
    - 305A-WF-3492466-SBP_0000002_1A0000025_0000004.pdf
    - 305A-WF-3492466-SBP_0000002_1A0000025_0000005.rtf

USAfx indicates your paralegal, Nicholas Cooper, downloaded this file on March 21, 2024; March 26, 2024; March 29, 2024; and April 9, 2024.

On March 25, 2024, the government produced to you via USAfx a ZIP package entitled "2024.03.25 Government Exhibits.zip," which contained the government's trial exhibits as of that date. USAfx indicates your paralegal, Nicholas Cooper, downloaded this file on March 26, 2024; March 29, 2024; and April 9, 2024.

On March 29, 2024, in advance of the April 1, 2024, evidentiary hearing, the government produced you via USAfx a ZIP package entitled "Sullivan – Jencks and Giglio.zip," which contained the following items:

- Johnson - CADRPTS Disclosure Letter.pdf
- DEFENSE_sullivan_9000.pdf
- [EXTERNAL] Fw_ YDIC20-0286.pdf
- [EXTERNAL] Fw_ Cybertip (2)_Redacted.pdf
- [EXTERNAL] Fw_ Cybertip__Redacted.pdf
- [EXTERNAL] Fw_ Cybertip_Redacted.pdf
- [EXTERNAL] Fw_ CyberTips_Redacted.pdf
- [EXTERNAL] Fw_ Google NCMEC Cybertip(2).pdf
- [EXTERNAL] Fw_ NCMEC SW_Redacted.pdf
- [EXTERNAL] Fw_ NCMEC SW.pdf
- 2_Report Packet - 20178214 Case Note 22_ Digital Devices _Search Warrant_.pdf
- Cybertip SW (YDIC20-0286) (JI & JSL Edits)[13606].docm_Redacted.pdf
- Cybertip SW (YDIC20-0286).docm
- Re_ Google Cybertip.pdf
- Re_ Google NCMEC Cybertip_Redacted.pdf
- Re_ Google Warrant_Redacted.pdf
- YDIC20-0286 (Google SW).docx

USAfx indicates your paralegal, Nicholas Cooper, downloaded this file on March 29, 2024, and April 9, 2024. The government also produced to you via email the CADRPTS letter.

Jonathan S. Jeffress, Esq., and Tony W. Miles, Esq., p. 3
April 19, 2024

On April 1, 2024, at the evidentiary hearing, after the Court granted a limited motion to unseal, we provided you with a hard copy of a search warrant that Detective Sullivan had previously obtained involving an electronic service called Rabbit.

On April 2, 2024, the government produced to you via email "Exhibit 401I - Google Searches Photos and Metadata from Phone.pdf," as well as 15 pages of documentary support for the stipulation regarding minor victims, entitled "Stip Support_Redacted.pdf." The latter document was designated "Sensitive" pursuant to the protective order governing discovery.

On April 4, 2024, the government produced to you via USAfx a ZIP package entitled "2024.04.04 – Supplemental FBI Materials.zip," which contained the following items:

- **officialRecords**
    - 305A-WF-3492466_0000040.pdf
    - 305A-WF-3492466_0000041.pdf
    - 305A-WF-3492466_0000042.pdf
    - 305A-WF-3492466_0000043.pdf
    - 305A-WF-3492466_0000044.pdf
    - 305A-WF-3492466_0000045.pdf
    - 305A-WF-3492466_0000046.pdf
    - 305A-WF-3492466_0000047.pdf
    - 305A-WF-3492466-SBP_0000006.pdf
- 305A-WF-3492466_0000040.pdf
- 305A-WF-3492466_0000041.pdf
- 305A-WF-3492466_0000042.pdf
- 305A-WF-3492466_0000043_Import.pdf
- 305A-WF-3492466_0000043.pdf
- 305A-WF-3492466_0000044_Import.xlsx
- 305A-WF-3492466_0000044.pdf
- 305A-WF-3492466_0000045_1A0000026_0000001.pdf
- 305A-WF-3492466_0000045_Import.pdf
- 305A-WF-3492466_0000045.pdf
- 305A-WF-3492466_0000046.pdf
- 305A-WF-3492466_0000047.pdf
- 305A-WF-3492466-SBP_0000006_1A0000002_0000001.pdf
- 305A-WF-3492466-SBP_0000006.pdf
- Case_Evidence_Report-20240404-1607.xlsx
- manifest.xlsx

USAfx indicates your paralegal, Nicholas Cooper, downloaded this file on April 5, 2024, and April 9, 2024.

Also on April 4, 2024, the government produced to you via email a PDF containing 17 pages of emails that were potentially *Jencks* material as to Special Agent Laura R. Calvillo, entitled

Jonathan S. Jeffress, Esq., and Tony W. Miles, Esq., p. 4
April 19, 2024

"Calvillo_Additional Jencks_Redacted.pdf." Mr. Jeffress acknowledged receipt by email on April 7, 2024.

On April 5, 2024, the government produced to you via USAfx a CV for Conroy Jett, entitled "Conroy_Jett_CV.pdf," and a ZIP package entitled "1B11.zip," which contained the following items:

- **image_and_verification_logs**
    - QWF11_FFS_post-exam_verification.txt
    - qwf2_1_logical_image_log.pdf
    - qwf2_1_physical_image_log.pdf
- **Nero_burn_logs**
    - DEWF11_ROE_AC+burn_Log.txt
    - DEWF11_ROE_burn_Log.txt
- **TeraCopy_logs**
    - **QWF11_Portable_Axiom_sans_telegram_to_Notes**
        - 2023.12.21_11-22-43.csv
    - **QWF11_Staging_to_Opwan**
        - 2023.12.06_17-00-33.csv
    - **QWF11_Staging_to_QWF11_MC**
        - 2023.12.07_04-25-11.csv
- **Wipe_logs**
    - QWF11_Axiom_wipe_log.pdf
    - QWF11_MC_wipe_log.pdf
    - QWF11_post_PIN_archive_wipe_log.pdf
    - QWF11_Staging_wipe_log.pdf
- **1B11_photos.zip**
    - Axiom_finished_processing.PNG
    - device_status.JPG
    - DEWF11_ROE_0001.jpg
    - DEWF11_ROE_0002.jpg
    - Extraction_complete.JPG
    - QWF11 (1).JPG
    - QWF11 (2).JPG
    - QWF11.jpg
    - QWF11_0001.jpg
    - QWF11_0002.jpg
    - QWF11_0003.jpg
    - QWF11_0004.jpg
    - QWF11_MC.jpg
    - QWF11_password_recovered.JPG
    - QWF11_Staging.jpg
    - QWF11_staging_.JPG
    - Thumbs.db
- sub289679_del-rex.pdf
- sub289679_notes.pdf

Jonathan S. Jeffress, Esq., and Tony W. Miles, Esq., p. 5
April 19, 2024

Also on April 5, 2024, the government produced to you via USAfx a revised version of the transcript of your client's custodial interview, entitled "202A.pdf," as well as the errata list it had sent to the court reporter, which is an email entitled "Re_ RE_ _EXTERNAL_ RE_ U_S_ v_ Stephen Johnson Transcript.msg."

USAfx indicates your paralegal, Nicholas Cooper, downloaded all the files uploaded on April 5, 2024, on April 5, 2024, and April 9, 2024.

On April 7, 2024, the government produced to you via USAfx an updated CV for Dero Tucker, entitled "Tucker-CV-2024.pdf," and an updated version of Exhibit 412A, entitled "412A.pdf." USAfx indicates that your paralegal, Nicholas Cooper, downloaded these files on April 9, 2024. The government also produced these files to you by email on April 7, 2024.

On April 8, 2024, the government produced to you via USAfx redacted versions of Government's Exhibits 100-1 through 100-19, the CyberTipline reports at issue in this case, entitled "100-1.pdf" through "100-19.pdf" (19 files). USAfx indicates that your paralegal, Nicholas Cooper, downloaded these files on April 9, 2024. At Mr. Miles' request, the government also produced these files to you via email on April 9, 2024, in a ZIP package entitled "Redacted CyberTips.zip."

\* \* \*

If you have any questions, please do not hesitate to contact us.

Sincerely,

*[signature]*

Paul V. Courtney
Assistant United States Attorney
Ryan Lipes
Special Assistant United States Attorney