UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>Defendant. | Case No. 22-CR-176 (CJN) |

### RESTRAINING ORDER

Upon consideration of the United States' Motion to Restrain Dissipation of Assets, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the defendant, Stephen Johnson, and his spouse, representatives, attorneys, agents, family members, nominees, alter egos (companies), assigns, and any other person or entity acting for or in concert with the defendant, hereinafter described as the "Restrained Parties," shall fully comply with the terms of this Order and shall not take any action prohibited by this Order; and it is further

**ORDERED** that compliance with the terms of this Order requires that the Restrained Parties shall not engage in the following:

a) Directly or indirectly alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the property belonging to the defendant in any manner without prior approval of this Court, including but not limited to withdrawing funds from the defendant's bank accounts, securities, or life insurance policies, or selling or encumbering the defendant's real or personal property;

b) Take, or cause to be taken, any action which could have the effect of concealing or moving property from the jurisdiction of this Court; or

c) Take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of any property, whether real or personal, except for payment of attorney's fees and normal monthly living expenses, that is, those expenses that are necessary to provide for the defendant's or his spouse's health, welfare, and/or production of income, to include housing and utilities; food; housekeeping supplies;

apparel; personal care products; necessary out-of-pocket health care expenses, such as medical services, prescription drugs, and medical supplies; and transportation.

This Order shall remain in full force and effect until the defendant has satisfied the anticipated obligations to be ordered by this Court at sentencing or until further order of this Court.

DATE:  May 13, 2024

_____
CARL J. NICHOLS
United States District Judge