# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 22-CR-176 (CJN) |
| **STEPHEN JOHNSON,** | |
| Defendant. | |

## NOTICE OF FILING

The United States of America, by and through undersigned counsel, respectfully requests that the attached documents, which the government originally filed ex parte and under seal on Monday, May 13, 2024, be made part of the record in this case:

1. United States' Motion for Leave to File Under Seal Its Motion to Restrain Dissipation of Assets (originally filed at ECF No. 172);

2. Proposed Order on United States' Motion for Leave to File Under Seal (originally filed at ECF No. 172-1);

3. United States' Motion to Restrain Dissipation of Assets **(redacted)** (originally filed at ECF No. 172-2);

4. Exhibit 1 – Declaration of Special Agent Kelly A. McLeod **(redacted)** (originally filed at ECF No. 172-3); and

5. Proposed Restraining Order (originally filed at ECF No. 172-4).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Dated: May 15, 2024    By:    */s/ Paul V. Courtney*
Paul V. Courtney
D.C. Bar No. 1034252 / N.Y. Bar No. 5392337
Assistant United States Attorney
Ryan Lipes
N.Y. Bar No. 5404843
Special Assistant United States Attorney

United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-1719 (Courtney)
(202) 252-0844 (Lipes)
Paul.Courtney@usdoj.gov
Ryan.Lipes2@usdoj.gov