# EXHIBIT 1

**Declaration of Special Agent Kelly A. McLeod**

I, Kelly A. McLeod, a Special Agent of the Federal Bureau of Investigation, under penalty of perjury, do hereby declare:

1. On Thursday, April 18, 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, a J.P. Morgan Private Client Advisor with J.P. Morgan Wealth Management, submitted an internal report by email concerning his client, Stephen Johnson. In the email, which J.P. Morgan has provided to the government, Mr. ▮▮▮▮▮▮▮▮▮▮ wrote:

   I had an odd phone conversation with Stephen Adom Adeiye Rattley Johnson ECI 0412895265. He sent a secure message asking to liquidate his retirement account, I gave him a call to confirm the request and he was asking to send the funds to his checking account after settlement.
   He said he was going overseas tomorrow and that he will be in a remote location for a while without access to phone or computer that the wife will be in charge and should I have any questions I should contact her. Also he told me he liquidated his brokerage accounts and that it wasn't letting him move the money I explained that settlement takes 3 business days he was asking how to move money out and that if he could do wire transfer without going to the branch and what are the wire limits and if there were any restrictions, I said I wasn't sure but that I can ask one of the bankers at the branch to give him a call. I said that I wont be able to take requests from his wife because she is not a joint owner and that if he'd like we can add her as a joint owner he said he wont have time because he's leaving the country.

   Because the call raised some flags I googled his name and I found the article below. I just want you to be aware.

2. On Thursday, May 9, 2024, Assistant United States Attorney Paul V. Courtney and I spoke with Mr. ▮▮▮▮▮▮▮▮▮▮ by telephone. During the May 9, 2024, telephone call, Mr. ▮▮▮▮▮▮▮▮▮▮ provided the following information:

   a. On Thursday, April 18, 2024, at 8:29 a.m., Mr. Johnson sent Mr. ▮▮▮▮▮▮▮▮▮▮ a secure message asking to liquidate his retirement account.[1] Mr. Johnson followed up with an email at 8:43 a.m. Mr. ▮▮▮▮▮▮▮▮▮▮ found both the request and the method of correspondence to be unusual for Mr. Johnson and followed up by calling him on the phone.

   b. Mr. Johnson sounded calm on the phone but seemed to be in a rush to get access to money. He explained that he was going out of the country the next day, would not have access to a computer or phone, and needed access to cash. Mr. Johnson stated that he wanted to liquidate his retirement account. Mr. ▮▮▮▮▮▮▮▮▮▮ thought

---

[1] In the message, which J.P. Morgan has provided to the government, Mr. Johnson wrote: "Hi ▮▮▮, I want to sell all stocks in my retirement account and move the funds to my checking."

that this was an odd request because any retirement account withdraws would be subject to a tax penalty given that Mr. Johnson is not yet 59 ½ years old. Mr. ▮▮▮▮ encouraged Mr. Johnson to come into a local branch to discuss the required paperwork. Although the paperwork can be completed online via DocuSign, Mr. ▮▮▮▮ did not present that option because he found the situation to be suspicious and wanted to speak with Mr. Johnson in person. Mr. Johnson indicated that he did not have time to come into the branch.

c. Mr. Johnson also indicated that he had liquidated his brokerage account and wanted to move the funds into his checking account. Mr. ▮▮▮▮ explained that the funds required three days to clear and could not yet be moved. In reviewing the account, he could see that Mr. Johnson had been executing trades online into the early morning hours.

d. Mr. ▮▮▮▮ found Mr. Johnson's activity to be suspicious because it made little financial sense and would have been against his advice: Mr. Johnson had liquidated hundreds of thousands of dollars in equity that is subject to capital gains tax.

e. Mr. Johnson told Mr. ▮▮▮▮ that his wife would be controlling the account in his absence. Mr. ▮▮▮▮ explained that he could not communicate with or take orders from Mr. Johnson's wife because she is not listed on the accounts. He explained that Mr. Johnson could complete a power of attorney form and invited him into the branch. Mr. Johnson indicated that he did not have time to do so.

f. Mr. ▮▮▮▮ initially thought Mr. Johnson might have been referring to a military deployment. He decided to Google Mr. Johnson's name and learned that, one day earlier, Mr. Johnson had been convicted of federal child pornography offenses. Mr. ▮▮▮▮ then made the internal report discussed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2024.

*Kelly McLeod* (signature)
Kelly A. McLeod
Special Agent
Federal Bureau of Investigation