AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cr-0176 (CJN) |
| Stephen Johnson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stephen Johnson                                                                                                                    .

Date:   05/16/2024

/s/ Courtney R. Forrest
*Attorney's signature*

Courtney R. Forrest, 996740
*Printed name and bar number*

Kaiser PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
*Address*

cforrest@kaiserlaw.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*