UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>Defendant. | Case No. 22-CR-176 (CJN) |

## CONSENT MOTION TO MODIFY THE COURT'S RESTRAINING ORDER

The United States of America, by and through undersigned counsel, moves this Court to enter a modified restraining order to preserve the equity in the defendant's bank accounts and other assets for potential use to satisfy the anticipated restitution judgment in this case. The defendant consents to entry of this Modified Order.

## BACKGROUND

1.  On May 13, 2024, the Court entered an order restraining the defendant and other Restrained Parties, including the defendant's spouse, from dissipating assets in the defendant's accounts so that the money would be available for restitution and potential special assessments. *See* ECF 173.

2.  Since that Order, the Parties, as well as representatives of the defendant's bank, have conferred concerning provisions of the Order permitting withdrawals for living expenses[1].

---

[1] Specifically, section c of the restraining order contained an exception permitting withdrawals for "payment of attorney's fees and normal monthly living expenses, that is, those expenses that are necessary to provide for the defendant's or his spouse's health, welfare, and/or production of income, to include housing and utilities; food; housekeeping supplies; apparel; personal care products; necessary out-of-pocket health care expenses, such as medical services, prescription drugs, and medical supplies; and transportation." *See* ECF 173.

3. The Government anticipates that the defendant could owe up to $250,000 in restitution and special assessments at sentencing; however, the defendant appears to have assets in excess of this amount.

4. The Parties thus propose a modified Order, which would restrain $250,000 in assets but permit the defendant and the other Restrained Parties to otherwise use the funds in excess of that amount.

## DEFENDANT'S POSITION

5. The defendant's position is as follows:

Mr. Johnson, through his counsel, maintains that his sole purpose for seeking to liquidate his assets prior to turning himself in to the United States Marshals Service was to provide his wife (and only his wife) with long term access to funds. This was necessary in order to enable her to manage Mr. Johnson's continuing financial affairs, provide for Mrs. Johnson's living expenses, and to pay for Mr. Johnson's legal fees during the time of Mr. Johnson's incarceration. Mr. Johnson further maintains that he never intended to violate any order of this Court or to make any of his assets unavailable to the government in some intentional effort to avoid collection of any future court ordered restitution or special assessment in connection with the instant case. Because Mr. Johnson intends to fully comply with any restitution or assessments imposed by the Court (as is evident by his self-surrender and efforts to quickly resolve this issue), he consents to the amended restraining order proposed by the government.

## CONCLUSION

6. Therefore, the Parties propose the following modified Order, which would restrain $250,000 in assets but permit the defendant and the other Restrained Parties to otherwise use the funds in excess of that amount.

|  |  | Respectfully submitted, |
|---|---|---|
|  |  | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 |
| Dated: May 24, 2024 | By: | */s/ Ryan Lipes*<br>Ryan Lipes<br>N.Y. Bar No. 5404843<br>Special Assistant United States Attorney<br>Paul V. Courtney<br>D.C. Bar No. 1034252 / N.Y. Bar No. 5392337<br>Assistant United States Attorney<br>Criminal Division, Federal Major Crimes Section |
|  |  | BRIAN P. HUDAK<br>Chief, Civil Division |
|  | By: | */s/ Melissa E. Goforth Koenig*<br>Melissa E. Goforth Koenig<br>TX Bar No. 24027269 / N.Y. Bar No. 5778188<br>Oliver W. McDaniel<br>D.C. Bar No. 377360<br>Assistant United States Attorneys<br>Civil Division, Financial Litigation Unit<br>United States Attorney's Office<br>for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-1719 (Courtney)<br>(202) 252-0844 (Lipes)<br>(202) 809-3573 (Goforth Koenig)<br>(202) 252-2508 (McDaniel)<br>Paul.Courtney@usdoj.gov<br>Ryan.Lipes2@usdoj.gov<br>Melissa.Goforth.Koenig@usdoj.gov<br>Oliver.McDaniel@usdoj.gov |