UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>STEPHEN JOHNSON,<br><br>          *Defendant.* | Criminal Action No. 22-cr-176 (CJN) |

## ORDER

Upon consideration of the [176] consent motion to modify the [173] restraining order, it is **ORDERED** that the [173] restraining order is replaced with the conditions outlined below.

It is **ORDERED** that the defendant, Stephen Johnson, and his spouse, representatives, attorneys, agents, family members, nominees, alter egos (companies), assigns, and any other person or entity acting for or in concert with the defendant, hereinafter described as the "Restrained Parties," shall fully comply with the terms of this Order and shall not take any action prohibited by this Order; and it is further

**ORDERED** that compliance with the terms of this Order requires that the Restricted Parties shall not engage in the following:

a) Directly or indirectly alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the money or property belonging to the defendant in any manner having the effect of reducing the cumulative value of the money or property below $250,000 without the prior written approval of this Court, including but not limited to withdrawing funds from the Defendant's back accounts, securities, or life insurance policies, or selling or encumbering the Defendant's real or personal property.

b) Take, or cause to be taken, any action which could have the effect of concealing or moving the money or property of the Defendant so as to reduce its total value in the jurisdiction of this Court below $250,000 in cash or value, such as by moving the said money or property to a foreign country or to the control of, or on deposit with, a foreign financial institution or person; or

c) Take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of any money or property of the Defendant, whether real or personal, below $250,000 in cash or value.

DATE:  May 29, 2024

_____
CARL J. NICHOLS
United States District Judge