UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>Defendant,<br><br>J.P. MORGAN CHASE BANK, N.A.<br><br>Garnishee. | Criminal No. 22-CR-176 (CJN) |

## NOTICE OF CONTINUING PREJUDGMENT NON-WAGE GARNISHMENT

TO:  Stephen Johnson
600 H Street NE, Apt 749A
Washington, D.C.  20002

You are hereby notified that your non-exempt property is being seized by the United States Government in the above-captioned criminal case. You are awaiting sentencing in this case, and after the Jury's verdict and the judgment of the Court finding you guilty of five counts of the federal felony offenses of Transportation of Child Pornography Possession of Child Pornography, which carry a mandatory requirement that you pay restitution to the victims.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being seized by the Government if Edward Chua can show that the exemptions apply. Attached is a description of the exemptions that apply in garnishments arising out of a federal criminal judgment.

As the prospective obligor of this restitution, Stephen Johnson, you have the right to ask the Court to return your property to you if you believe you do not owe the money to the Government that it says

you do, or if you think the property the Government is taking qualifies under one of the above exemptions. If you want a hearing, you must notify the Court of this within 20 days after receipt of this notice. Your request must be in writing. If you choose, you may use the form attached to this notice to request the hearing. You must either mail it or deliver it in person to the Clerk of the United States District Court at United States Courthouse, 333 Constitution Avenue, N.W., Room 1225, Washington, D.C. 20001. You must also send a copy of your request to Counsel for the United States, Melissa Goforth Koenig and Oliver W. McDaniel, Assistant U.S. Attorneys, Civil Division, 555 4th St., NW, Washington, D.C. 20530, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon thereafter as possible. At the hearing, you may explain to the Judge why you believe that the property the Government has taken is exempt or why you believe that you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, a portion of your non-exempt disposable property will be paid to reduce your debt.

If you believe you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at United States Courthouse, 333 Constitution Avenue, N.W., Room 1225, Washington, D.C. 20001. You must also send a copy of your request to Melissa Goforth Koenig, Assistant U.S. Attorney, U.S. Attorney's Office, Civil Division, 555 4th Street, NW, Washington, D.C. 20530, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice but can refer you to other sources of information.

ANGELA D. CAESAR, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


By _____
    DEPUTY CLERK