UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> STEPHEN JOHNSON, ) <br> ) <br> Defendant, ) <br> ) <br> J.P. MORGAN CHASE BANK, N.A. ) <br> ) <br> Garnishee. ) <br> ) | Criminal No. 22-CR-176 (CJN) |

## CLAIM FOR EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

I claim that the exemption(s) from the garnishment that are checked below apply in this case:

_____  1.  Wearing apparel and schoolbooks. Such items of wearing apparel and such schoolbooks as are necessary for the Defendant or for members of his/her family.

_____  2.  Fuel, provisions, furniture, and personal effects. So much of the fuel, provisions, furniture, and personal effects in the Defendant's household, and of the arms for personal use, livestock, and poultry of the Defendant, as does not exceed $11,390 in value.

_____  3.  Books and tools of a trade, business, or profession. So many of the books, and tools necessary for the trade, business, or profession of the Defendant as do not exceed in the aggregate $5,700 in value.

_____  4.  Unemployment benefits. Any amount payable to an individual with respect to his/her unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____  5.  Undelivered mail. Mail, addressed to any person, which has not been delivered to the addressee.

_____  6.  Certain annuity and pension payments. Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and

        Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____ 7.    Workmen's Compensation. Any amount payable to an individual as workmen's compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____ 8.    Judgments for support of minor children. If the Defendant is required by judgment of a Court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his/her salary, wages, or other income as is necessary to comply with such judgment.

_____ 9.    Certain service-connected disability payments. Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38, or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38.

_____ 10.   Assistance under Job Training Partnership Act. Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

    The statements made in this claim of exemptions are made and declared under penalty of perjury that they are true and correct.

(_____), or telephonically at (_____)
            Address                                              Phone No.

_____
Defendant's printed or typed name

_____
Signature of Defendant      Date

PLEASE MAIL THE ORIGINAL OF:     PLEASE MAIL A COPY OF THIS:
THIS DOCUMENT TO:                  DOCUMENT TO:
CLERK                                         MELISSA GOFORTH KOENIG
UNITED STATES DISTRICT COURT       OLIVER W. McDANIEL
3RD AND CONSTITUTION AVENUE, N.W.  ASSISTANT U.S. ATTORNEYS
ROOM 1225                             CIVIL DIVISION
WASHINGTON, D.C. 20001             555 4TH STREET, N.W.
                                                   WASHINGTON, D. C. 20530