UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 22-CR-176 (CJN) |
| STEPHEN JOHNSON, | ) |
| Defendant, | ) |
| J.P. MORGAN CHASE BANK, N.A. | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is the Garnishee herein doing business in the name of _____

_____ (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That it is a member of the partnership named as Garnishee. _____

IF GARNISHEE IS A CORPORATION:

    That it is the (state official title) _____ of the Garnishee, a corporation, organized under the laws of the State of _____ .

1. On _____, the Garnishee was served with The Writ of Continuing Prejudgment Non-Wage Garnishment.

2. Are there any previous garnishments in effect?     YES _____     NO _____

   If the answer is yes, describe below.

   _____

   _____

   _____

3. The Garnishee anticipates owing to the prejudgment-Defendant in the future, the following amounts:

   | Amount | Estimate date or Period Due |
   |---|---|
   | 1. $_____ | |
   | 2. $_____ | |
   | 3. $_____ | |
   | 4. $_____ | |

(Check the applicable line below if you deny that you hold property subject to this Order of Garnishment.)

4. The Garnishee makes the following claim of exemption on the part of the Defendant:

5. The Garnishee has the following objections, defenses, or set offs to the United States' right to apply the Garnishee's indebtedness to Defendant upon the United States' claim:

6. The Garnishee is in no manner and upon no account indebted or under liability to the Defendant, Candy Evans, and the Garnishee does not have in his/her possession or control any

property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as the Garnishee in this action: _____ YES _____ NO

The Garnishee has mailed a copy of this answer by first-class mail to: (1) Clerk, U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001; (2) Counsel for the Defendant, Jonathan Jeffress, Esq., KAISER DILLON, PLLC, 1099 14th Street, Suite 800 West, Washington, D.C. 20005, and Tony W. Miles, Esq., KAISER DILLON, PLLC, 1099 14th Street, Suite 800 West, Washington, D.C. 20005, and upon (3) Counsel for the United States, Melissa Goforth Koenig and Oliver W. McDaniel, Assistant U.S. Attorneys, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530.

_____
Garnishee

Printed Name: _____
Address: _____
Address: _____
Address: _____
Phone No: _____