UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>STEPHEN JOHNSON, )<br>)<br>Defendant, )<br>)<br>J.P. MORGAN CHASE BANK, N.A. )<br>)<br>Garnishee. ) | Criminal No. 22-CR-176 (CJN) |

### REQUEST FOR HEARING OR FOR TRANSFER

\_\_\_\_\_ I do request a hearing because:

\_\_\_\_\_ I do not owe the money to the Government as it says I do.

\_\_\_\_\_ The property that the Government has seized is exempt.

\_\_\_\_\_ I request a transfer of the case because I now live in _____.

_____
Stephen Johnson

Address: _____
         _____
Date:    _____
Telephone No.: _____