JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

United States District Court
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001



RECEIVED
Mail Room

JUL 15 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

United States District Court
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

**RE: SEALED v. STEPHEN JOHNSON Case No.: 22CR176CJN, United States District Court**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): STEPHEN JOHNSON

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 5703 | 99999999999.99 | 515906.32 |
| 6985 | 99999999999.99 | 166036.32 |
| 0686 | 99999999999.99 | 10215.78 |
| 3081 | 99999999999.99 | 1179.82 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

**Answers**

| | |
|---|---|
| Does the Garnishee have custody, control or possession of such property? | YES |
| Provide a description of such property and the value of such interest: | 5703 - STEPHEN R JOHNSON, OR ADANNA CLEA JOHNSON POA ; 6985 - STEPHEN R JOHNSON ; 8201 - STEPHEN R JOHNSON ; 7547 - STEPHEN R JOHNSON ; 2585 - STEPHEN R JOHNSON ; 0686 - SRJ DIGITAL LLC ; 3081 - SRJ DIGITAL LLC;5703 - CPC Checking; 6985 - CPC Savings; 8201 - Growth Stocks; 7547 - MANAGED RETIREMENT; 2585 - Dividend Stocks; 7662 - MANAGED BROKERAGE; 0686 - Business Complete Banking; 3081 - Chase Business Total Savings;5703 - $515906.32; 6985 - $166036.32; 8201 - $417,084.69; 7547 - $19,110.19; 2585 - $1,311.02;0686 - $10215.78; 3081 - $1179.82 |
| List description of any previous garnishments to which such property is subject and extent to which any remaining property is not exempt: | 22CR176CJN; US DEPARTMENT OF JUSTICE; 5703 - $250,000.00 |

| List amount of debt garnishee anticipates owing to judgment debtor in the future and whether it will be weekly or another specified period: | Not Applicable |
|---|---|
| Signature | /s/ Kayla Huizar |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,


Kayla K Huizar
Transactions Specialist IV
JPMorgan Chase Bank, N.A.


Date: Friday, Jul 05, 2024