UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN JOHNSON<br>   Defendant. | Case No. 22-cr-0176 (CJN) |

### CONSENT MOTION TO CONTINUE SENTENCING

Stephen Johnson, by and through undersigned counsel, respectfully moves this Court to continue his sentencing hearing.  Specifically, Mr. Johnson requests that the sentencing hearing be continued from September 16, 2024, to a date on or **after October 25, 2024**.   The government does not oppose this motion.  In support of this unopposed motion, Mr. Johnson respectfully submits the following:

1. On April 17, 2024, Mr. Johnson was found guilty of five counts of Transportation of Child Pornography and one count of Possession of Child Pornography, 18 U.S.C. § 2252(a)(1), (a)(4)(B).

2. After the conclusion of the trial, the Court deferred the sentencing date and presentence referral date, instructing parties to notify the Court of an agreed upon sentencing date.

3. On May 16, 2024, the Court set the current sentencing date of September 16, 2024, and referred the case to the U.S. Probation Office ("USPO") for presentence investigation.

4. During the PSI interview last Friday, on August 7, 2024, Officer Reichler indicated that the USPO requests a psychosexual evaluation of Mr. Johnson.  The parties agreed

to the completion of said evaluation. The defense has since retained the services of Dr. Tashna Felix of Professional Psychological Services to complete the evaluation.

5. Dr. Felix estimates that the earliest she can travel to the Correctional Treatment Facility, meet with Mr. Johnson, review all relevant materials, and complete the evaluation is early October 2024.

6. Defense counsel will be unavailable from October 13 through October 22, 2024.

7. Based on the need to conduct the psychosexual evaluation, Dr. Felix' availability, and defense counsel's availability, Mr. Johnson respectfully moves this Court to continue the sentencing hearing to **October 25, 2024 or later**.

8. Undersigned counsel has spoken with Mr. Johnson, who consents and agrees to the continuance of the sentencing hearing.

9. The government consents and does not oppose the continuance of Mr. Johnson's sentencing hearing to October 25, 2024, or later.

10. A proposed order accompanies this motion.

## **CONCLUSION**

For the foregoing reasons, Mr. Johnson respectfully requests that his sentencing hearing be continued to a date on or after October 25, 2024.

Dated: August 16, 2024　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jonathan Jeffress*
　　　　　　　　　　　　　　　　　　Jonathan Jeffress (D.D.C. Bar No. 479074)
　　　　　　　　　　　　　　　　　　Courtney R. Forrest (D.D.C. Bar No. 996740)
　　　　　　　　　　　　　　　　　　Tony Miles (D.D.C. Bar No. 484450)
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Phone: (202) 640-2850
　　　　　　　　　　　　　　　　　　Fax: (202) 280-1034
　　　　　　　　　　　　　　　　　　jjeffress@kaiserlaw.com
　　　　　　　　　　　　　　　　　　cforrest@kaiserlaw.com
　　　　　　　　　　　　　　　　　　tmiles@kaiserlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Stephen Johnson*