# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> STEPHEN JOHNSON, <br><br> *Defendant*, <br><br> and <br><br> J.P. MORGAN CHASE BANK, N.A., <br><br> *Garnishee*. | Criminal Action No. 22-cr-176 (CJN) |

## ORDER

Upon consideration of the United States' Consent Motion for an Interim Disposition Order, and it appearing that the preliminary prerequisites for issuance of a disposition order under 28 U.S.C. §§ 1651, 3101, and 3104 have been satisfied in this case, pending sentencing in this case, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, consistent with the Court's initial Writ of Garnishment, the Garnishee shall continue to hold and maintain money or property of any kind owed to or belonging to the Defendant, but the cumulative value of these held assets is limited to and shall remain in the amount of $250,000 in cash or value, without in any way diminishing the value of any such money or property of the Defendant below this amount or value; and it is further

**ORDERED** that the Garnishee, Chase Bank, shall remove any additional hold on the Defendant's accounts, and that Chase Bank shall not further encumber any remaining accounts pursuant to the Writ of Garnishment.

DATE:  August 22, 2024

_____
CARL J. NICHOLS
United States District Judge