# EXHIBIT A

Pastor Reginald Mazyck



June 6, 2024

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Nichols,

I am submitting this letter attesting to the character of Stephen Johnson for your consideration as you make your decision regarding sentencing.

I have known Stephen for over 30 years. His mother and I served as Associate Pastors at Hope Christian Church in Beltsville, MD.

Our families first met during a Christian small group meeting. Stephen is a couple of years younger than my son, Marques. The families bonded and I became a mentor for Stephen, whose father Hugh Johnson, an aide to Congressman Mickey Leland, died a few years earlier in the tragic plane crash that took the life of the congressman and others as they traveled to Ethiopia on a humanitarian mission.

Stephen has always been very respectful and has openly received direction. He has always demonstrated care and concern for others, even to the extent of giving away his possessions to other children who had less than him.

My time with Stephen increased during his teenage years, as he and Marques attended the Saint Albans School for middle school and high school, including a few months during which he lived with our family. It was during that time that our relationship strengthened. A couple of highlights of our time together during those years were trips we took to Myrtle Beach and Williamsburg.

The Williamsburg trip provided an opportunity for the Stephen and Marques to visit the College of William and Mary, prior to Marques submitting his application for acceptance. This trip is worth mentioning because my car's transmission failed twelve miles outside of Williamsburg. In the midst of this adversity, I observed Stephen's strength of character, as he endured the hardship without complaint. Instead, he offered to assist in any way he could, including offering to push the car to the nearest exit. It sounds like a small thing but it demonstrated to me that willingness to help and having a concern for others are strong characteristics Stephen possesses.

The Myrtle Beach trip was a rites of passage event, where another mentor and I shared Christian principles of manhood with Stephen and Marques while also enjoying a little golf. They both embraced these Godly principles of integrity and forthrightness and used them to mold their character.

I ask that you consider Stephen's character, including the respectful demeanor you observed in the courtroom, and forthrightness, as well as the time spent under house arrest as he awaited trial, when considering Stephen's sentence.


Respectfully,

*Reginald Mazyck*

Reginald Mazyck
Associate Pastor
Hope Christian Church