# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**STEPHEN JOHNSON**<br><br>**Defendant.** | Case No. 1:22-cr-00176 (CJN) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Stephen Johnson in the above-captioned case appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment and sentence entered in this action on November 4, 2024 (ECF No. 219), and all orders and judgments merged or subsumed therein, including without limitation the jury's finding of guilt as to Counts 1-2, 5, 7-8 and 16 of the Second Superseding Indictment after a jury trial on April 17, 2024 (ECF No. 166), and orders denying Mr. Johnson's motion for a new trial and motions to suppress.  *See, e.g.,* ECF No. 210; 4/2/24 Tr.

Dated: November 13, 2024

Respectfully Submitted,

*/s/ Courtney R. Forrest*
Courtney R. Forrest (D.D.C. No. 996740)
Washington, D.C. 20005
Phone: (202) 640-2850
Fax: (202) 280-1034
cforrest@kaiserlaw.com

*Counsel for Stephen Johnson*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th day of November 2024, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Document Filing System (ECF) and the document is available on the ECF system.

                                                   */s/ Courtney R. Forrest*
                                                   Courtney R. Forrest